BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE AT&T DATA BREACH LITIGATION | MDL DOCKET NO.: _____ |

**PLAINTIFF ALEC PETROSKI'S MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Alex Petroski, Plaintiff in the case styled *Petroski v. AT&T, Inc.*, Case No. 3:24-cv-00757, in the United States District Court for the Northern District of Texas, Dallas Division, hereby moves for an order transferring the civil actions listed in the Schedule of Actions filed concurrently herewith to the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings.

For the reasons set forth herein and in his accompanying Memorandum in Support, Plaintiff respectfully requests the Panel issue an order transferring the twelve actions listed in the accompanying Schedule of Actions, as well as any tag-along cases subsequently filed involving similar facts or claims, to the Northern District of Texas, Dallas Division, for coordinated or consolidated pretrial proceedings.

Dated: April 2, 2024

Respectfully submitted,

*/s/James Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
Email: snathan@hausfeld.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866-252-0878
Email: gklinger@milberg.com

Joe Kendall
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek, Suite 1450
Dallas, TX 75219
Tel.: (214) 744-3000
Fax: (877) 744-3728
Email: jkendall@kendalllawgroup.com

*Counsel for Plaintiff*