BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE AT&T DATA BREACH LITIGATION | MDL DOCKET NO.: _____ |
|---|---|

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Alex Petroski | AT&T, Inc. | N.D. Tex. | 3:24-cv-00757 | Hon. Sam A. Lindsay |
| 2 | Nicholas Nelli | AT&T, Inc. | N.D. Tex. | 3:24-cv-00759 | Hon. Ada Brown |
| 3 | Mike Montoya | AT&T, Inc. | N.D. Tex. | 3:24-cv-00760 | Hon. David C. Godbey |
| 4 | C. Mario Jaramillo | AT&T, Inc. | N.D. Tex. | 3:24-cv-00761 | Hon. Sam A. Lindsay |
| 5 | Matthew Barkley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00769 | Hon. David C. Godbey |
| 6 | Lacrista A. Bagley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00770 | Hon. Brantley Starr |
| 7 | Jeffrey Cumo and Tiara Alston | AT&T, Inc. | N.D. Tex. | 3:24-cv-00772 | Hon. Sam A. Lindsay |
| 8 | Richard Slovenkay and Wesley Hansen | AT&T, Inc. | N.D. Tex. | 3:24-cv-00774 | Hon. Brantley Starr |
| 9 | Rachel Collier | AT&T, Inc. | N.D. Tex. | 3:24-cv-00782 | Hon. Ed Kinkeade |
| 10 | Patricia Dean | AT&T, Inc. | N.D. Tex. | 3:24-cv-00776 | Hon. Brantley Starr |
| 11 | Sam Knight | AT&T, Inc. | W.D. Okla. | 5:24-cv-00324 | Hon. Timothy D. DeGiusti |
| 12 | Andrew March | AT&T, Inc. | N.D. Tex. | 3:24-cv-00758 | Hon. Sam A. Lindsay |