# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: AT&T Inc. Customer Data Security Breach Litigation | MDL NO. 3114 |

## SCHEDULE OF ACTIONS

| | |
|---|---|
| Daniel Allen Hossley<br>Texas State Bar No. 00792591<br>**HOSSLEY EMBRY, LLP**<br>515 S. Vine<br>Tyler, Texas 75702<br>Telephone: (903) 526-1772<br>allen@hossleyembry.com<br>sherry@hossleyembry.com<br><br>Christopher L. Ayers<br>Jennifer R. Scullion<br>Justin M. Smigelsky<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>Telephone: (973) 639-9100<br>jscullion@seegerweiss.com<br>cayers@seegerweiss.com<br>jsmigelsky@seegerweiss.com<br><br>James E. Cecchi<br>Kevin G. Cooper<br>Jordan M. Steele<br>**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br>jcecchi@carellabyrne.com<br>kcooper@carellabyrne.com<br>jsteele@carellabyrne.com<br><br>Counsel for Plaintiff Mary Loechel Sanford in<br>**CASE #: 2:24-cv-00261** | Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Telephone: (202) 861-1530<br>Email: gketeltas@bakerlaw.com<br>Counsel for Defendant AT&T, Inc in<br>**CASE #: 2:24-cv-00261** |