BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: AT&T Inc. Customer Data Security Breach Litigation | MDL NO. 3114 |

### PROOF OF SERVICE

In accordance with Rule 4.1(a), the undersigned hereby certifies that on May 9, 2024, I caused the Notice of Related Action to be filed and served electronically with the Clerk of the Court for the JPML using the CM/ECF system or via email on all parties in Schedule of Actions filed hereto as Exhibit A. In addition service will be affected via email to:

Gilbert S. Keteltas
**BAKER HOSTETLER, LLP**
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1530
Email: gketeltas@bakerlaw.com
Counsel for Defendant AT&T, Inc

Dated: May 9, 2024

Respectfully submitted,

James E. Cecchi, Esq.
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Attorney for Plaintiff Sanford (24-261, E.D. Texas)*