BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T, Inc., hereby notifies the Clerk of the potential tag-along actions pending in federal district court and listed on the attached Schedule of Action:

*Lovetro v. AT&T, Inc.,* No. 3:24-cv-00783 (N.D. Tex.)

*Williamson v. AT&T, Inc.,* No. 3:24-cv-00790 (N.D. Tex.)

*Rosario v. AT&T, Inc.,* No. 3:24-cv-00793 (N.D. Tex.)

*Aquino v. AT&T, Inc.,* No. 3:24-cv-00802 (N.D. Tex.)

*Casey v. AT&T, Inc.,* No. 3:24-cv-00803 (N.D. Tex.)

*Hearon v. AT&T, Inc.,* No. 3:24-cv-00818 (N.D. Tex.)

*Foley v. AT&T, Inc.,* No. 3:24-cv-00819 (N.D. Tex.)

*Mathews v. AT&T, Inc.,* No. 3:24-cv-00824 (N.D. Tex.)

*Doss v. AT&T, Inc.,* No. 4:24-cv-00234 (W.D. Mo.)

*Williams v. AT&T, Inc.,* No. 3:24-cv-00835 (N.D. Tex.)

The docket sheets and complaints are attached as exhibits.

Date: April 5, 2024                                  Respectfully submitted,


                                                   */s/ Gilbert S. Keteltas*
                                                 Gilbert S. Keteltas
                                                 BAKER HOSTETLER LLP
                                                 1050 Connecticut Avenue, NW, Suite 1100
                                                 Washington, D.C. 20036
                                                 Tel.: (202) 861.1530
                                                 Fax: (202) 861.1783
                                                 Email: gketeltas@bakerlaw.com

                                                 *Attorney for Defendant AT&T, Inc.*