BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T, Inc., hereby notifies the Clerk of the potential tag-along actions pending in federal district court and listed on the attached Schedule of Action:

*Unruh, et al. v. AT&T, Inc., et al.,* No. 1:24-cv-01414 (N.D. Ga.)

The docket sheet and complaint are attached as exhibits.

Date: April 5, 2024

Respectfully submitted,

 /s/ Gilbert S. Keteltas
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T, Inc. and AT&T Mobility LLC*