**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 3114 |

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Alex Petroski | AT&T, Inc. | N.D. Tex. | 3:24-cv-00757 | Hon. Sam A. Lindsay |
| 2 | Nicholas Nelli | AT&T, Inc. | N.D. Tex. | 3:24-cv-00759 | Hon. Ada Brown |
| 3 | Mike Montoya | AT&T, Inc. | N.D. Tex. | 3:24-cv-00760 | Hon. David C. Godbey |
| 4 | C. Mario Jaramillo | AT&T, Inc. | N.D. Tex. | 3:24-cv-00761 | Hon. Sam A. Lindsay |
| 5 | Matthew Barkley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00769 | Hon. David C. Godbey |
| 6 | Lacrista A. Bagley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00770 | Hon. Brantley Starr |
| 7 | Jeffrey Cumo and Tiara Alston | AT&T, Inc. | N.D. Tex. | 3:24-cv-00772 | Hon. Sam A. Lindsay |
| 8 | Richard Slovenkay and Wesley Hansen | AT&T, Inc. | N.D. Tex. | 3:24-cv-00774 | Hon. Brantley Starr |
| 9 | Rachel Collier | AT&T, Inc. | N.D. Tex. | 3:24-cv-00782 | Hon. Ed Kinkeade |
| 10 | Patricia Dean | AT&T, Inc. | N.D. Tex. | 3:24-cv-00776 | Hon. Brantley Starr |
| 11 | Sam Knight | AT&T, Inc. | W.D. Okla. | 5:24-cv-00324 | Hon. Timothy D. DeGiusti |
| 12 | Andrew March | AT&T, Inc. | N.D. Tex. | 3:24-cv-00758 | Hon. Sam A. Lindsay |

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on

Multidistrict Litigation, I hereby certify that on April 5, 2024, I electronically filed the following:

Notice of Appearance, Schedule of Actions, and Proof of Service using the Judicial Panel on

Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to all

counsel of record in this action. I further certify that a copy of the foregoing was served via

electronic mail on all counsel or parties as follows:

| SERVICE VIA ELECTRONIC MAIL TO: | |
|---|---|
| | */s/Gilbert S. Keteltas*<br>Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1530<br>Fax: (202) 861-1783<br>Email: gketeltas@bakerlaw.com<br><br>**Counsel for Defendant AT&T, Inc** |
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00757**<br>**CASE #: 3:24-cv-00758**<br>**CASE #: 3:24-cv-00774**<br>**CASE #: 3:24-cv-00772**<br>**CASE #: 3:24-cv-00760** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX<br>LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 |

| | Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>jeanmartin@forthepeople.com<br>fburne@forthepeople.com<br><br>Counsel for Plaintiff Patricia Dean in:<br>**CASE #: 3:24-cv-00776** |
|---|---|
| Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana St.<br>Suite 210<br>Boerne, TX 78006<br>210-277-0542<br>Fax: 210-277-0548<br>rwaii@tafpllc.com<br><br>Debbie Branscum<br>Law Office of Debbie Branscum<br>PO Box 394<br>Bedford, TX 76095-0394<br>214-206-1975<br>Fax: 214-432-0130<br>dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>sec@colevannote.com<br>Counsel for Plaintiff Rachel Collier in:<br>**CASE #: 3:24-cv-00782** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>ostrow@kolawyers.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com<br><br>J. Gerard Stranch, IV<br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br><br>Counsel for Plaintiff Nicholas Nelli in:<br>**CASE #: 3:24-cv-00759** |
| Bruce William Steckler<br>Steckler Wayne & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045 | David J. George<br>Brittany L. Brown<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467 |

Dallas, TX 75230
972-387-4040
Fax: 972-387-4041
bruce@swclaw.com

Bryan L. Bleichner
Philip J. Krzeski
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste. 100
Minneapolis, MN 55401-2138
Phone: (612) 767-3600
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Counsel for Plaintiff Matthew Barkley in:
**CASE #: 3:24-cv-00769**

Telephone: (561) 232-6002
Facsimile: (888) 421-4173
dgeorge@4-Justice.com
bbrown@4-Justice.com
eservice@4-Justice.com

Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
lfeldman@4-Justice.com

Janine L. Pollack
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (917) 983-2707
Facsimile: (888) 421-4173
jpollack@4-Justice.com

Counsel for Plaintiff C. Mario Jaramillo in:
**CASE #: 3:24-cv-00761**

William B Federman
Kennedy M. Brian
Federman & Sherwood
212 W Spring Valley Road
Richardson, TX 75081
214-696-1100
Fax: 214-740-0112
wbf@federmanlaw.com
kpb@federmanlaw.com

Counsel for Plaintiff Lacrista A. Bagley in:
**CASE #: 3:24-cv-00770**

Joseph M. Lyon
Kevin M. Cox
THE LYON FIRM
2754 Erie Avenue
Cincinnati, Ohio 45208
Phone: 513-381-2333
Fax: 513-766-9011
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

Counsel for all Plaintiffs in:
**CASE #: 3:24-cv-00772**

Terence R. Coates
Justin C. Walker
Jonathan T. Deters
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
jdeters@msdlegal.com

Counsel for Plaintiff Andrew March in:
**CASE #: 3:24-cv-00758**

Samuel J. Strauss
Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

Counsel for Plaintiff Mike Montoya in:
**CASE #: 3:24-cv-00760**

| | |
|---|---|
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00774** | Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com<br><br>Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 1450<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (877) 744-3728<br>Email: jkendall@kendalllawgroup.com<br><br>Counsel for Plaintiff Alex Petroski in:<br>**CASE #: 3:24-cv-00757** |
| William B. Federman<br>Kennedy M. Brian<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>P: 405-235-1560<br>F: 405-239-2112<br>wbf@federmanlaw.com<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Sam Knight in:<br>**CASE #: 5:24-cv-00324** | |

**SERVICE VIA FIRST CLASS U.S. MAIL TO:**

| | |
|---|---|
| United States District Court<br>For the Northern District of Texas<br>1100 Commerce Street<br>Room 1452<br>Dallas, TX 75242 | |
| United States District Court<br>For the Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | |

/s/ Patrick Yarborough
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220, Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel for Plaintiff C. Mario Jaramillo in:*
***CASE #: 3:24-cv-00761***