# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 3114   & Title - **IN RE:**  AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Plaintiff Sam Knight

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Sam Knight v. AT&T, Inc., No. 5:24-cv-00324 (W.D. Okla.)

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

4/16/2024
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Kennedy M. Brian
Federman & Sherwood, 10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

Telephone No.: (405) 235-1560     Fax No.: (405) 239-2112

Email Address: KPB@federmanlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a), the undersigned hereby certifies that on April 16, 2024, I caused the Amended Notice of Appearance to be filed and served electronically with the Clerk of the Court for the JPML using the CM/ECF system or via email on all parties in the following case:

| SERVICE VIA ELECTRONIC MAIL TO: | |
|---|---|
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00757**<br>**CASE #: 3:24-cv-00758**<br>**CASE #: 3:24-cv-00774**<br>**CASE #: 3:24-cv-00772**<br>**CASE #: 3:24-cv-00760** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email : bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>Email: jeanmartin@forthepeople.com<br>Email: fburne@forthepeople.com<br><br>Counsel for Plaintiff Patricia Dean in:<br>**CASE #: 3:24-cv-00776** |
| Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana St.<br>Suite 210<br>Boerne, TX 78006<br>210-277-0542<br>Fax: 210-277-0548<br>Email: rwaii@tafpllc.com | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com |

| | |
|---|---|
| Debbie Branscum<br>Law Office of Debbie Branscum<br>PO Box 394<br>Bedford, TX 76095-0394<br>214-206-1975<br>Fax: 214-432-0130<br>Email: dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: sec@colevannote.com<br><br>Counsel for Plaintiff Rachel Collier in:<br>**CASE #: 3:24-cv-00782** | Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email: gklinger@milberg.com<br><br>J. Gerard Stranch, IV<br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>Email : gstranch@stranchlaw.com<br><br>Counsel for Plaintiff Nicholas Nelli in:<br>**CASE #: 3:24-cv-00759** |
| Bruce William Steckler<br>Steckler Wayne & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email : bruce@swclaw.com<br><br>Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br>100 Washington Ave., Ste. 100<br>Minneapolis, MN 55401-2138<br>Phone: (612) 767-3600<br>Fax: (612) 336-2940<br>Email: bbleichner@chestnutcambronne.com<br>Email: pkrzeski@chestnutcambronne.com | Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street<br>Suite 220<br>Houston, TX 77002<br>713-331-5254<br>Fax: 713-513-5202<br>Email: patrick@fosteryarborough.com<br><br>David J. George<br>Brittany L. Brown<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>Email: dgeorge@4-Justice.com<br>Email: bbrown@ 4-Justice.com<br>Email: eservice@4-Justice.com |

| | |
|---|---|
| Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com<br><br>Counsel for Plaintiff Matthew Barkley in:<br>**CASE #: 3:24-cv-00769** | Lori G. Feldman<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173<br>Email: lfeldman@ 4-Justice.com<br><br>Janine L. Pollack<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Telephone: (917) 983-2707<br>Facsimile: (888) 421-4173<br>Email: jpollack@4-Justice.com<br><br>Counsel for Plaintiff C. Mario Jaramillo in: **CASE #: 3:24-cv-00761** |
| Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>Email: tcoates@msdlegal.com<br>Email: jwalker@msdlegal.com<br>Email: jdeters@msdlegal.com<br><br>Counsel for Plaintiff Andrew March in:<br>**CASE #: 3:24-cv-00758** | Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, Ohio 45208<br>Phone: 513-381-2333<br>Fax: 513-766-9011<br>Email: jlyon@thelyonfirm.com<br>Email: kcox@thelyonfirm.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00772** |
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>Email: mbarney@sirillp.com<br>Email: tbean@sirillp.com<br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00774** | Samuel J. Strauss<br>Raina C. Borrelli<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423<br>Email: sam@turkestrauss.com<br>Email: raina@turkestrauss.com<br><br>Counsel for Plaintiff Mike Montoya in:<br>**CASE #: 3:24-cv-00760** |
| | |

| | |
|---|---|
| Amy E. Keller<br>DiCello Levitt LLP<br>Ten North Dearborn Street<br>Ste Sixth Floor<br>Chicago, IL 60602<br>312-214-7900<br>Email: akeller@dicellolevitt.com<br>Douglas J. McNamara<br>Cohen Milstein Sellers & Toll, PLLC - DC<br>Suite 500 West<br>1100 New York Ave., N.W.<br>Washington, DC 20005<br>202-408-4600<br>Email: dmcnamara@cohenmilstein.com<br><br>James Cameron Tribble<br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email: ctribble@barneslawgroup.com<br>Email: roy@barneslawgroup.com<br><br>Norman E. Siegel<br>John Austin Moore<br>Stefon David<br>Stueve Siegel Hanson, LLP -MO<br>Suite 200<br>460 Nichols Road<br>Kansas City, MO 64112<br>816-714-7100<br>Email: moore@stuevesiegel.com<br>Email: david@stuevesiegel.com<br>Counsel for Plaintiffs Ryan Unruh and Christopher Isbell in:<br>**CASE #: 1:24-cv01414** | Gary Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com<br><br>Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 1450<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (877) 744-3728<br>Email: jkendall@kendalllawgroup.com<br>Counsel for Plaintiff Alex Petroski in:<br>**CASE #: 3:24-cv-00757** |
| Andrew J Shamis<br>Shamis & Gentile PA<br>3839 McKinney Avenue<br>Suite 155-2319<br>Dallas, TX 75204<br>305-479-2299<br>Fax: 786-623-0915<br>Email: ashamis@shamisgentile.com | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com |

| | |
|---|---|
| Counsel for Plaintiff Michael Lovetro in:<br>**CASE #: 3:24-cv-00783** | Nathan D. Prosser*<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>(952) 746-2124<br>Email: nprosser@hjlawfirm.com<br><br>Counsel for Plaintiff Alison Williamson in:<br>**CASE 3: 3:24-cv-00790** |
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>Email: tcoates@msdlegal.com<br>Email: jwalker@msdlegal.com<br>Email: jdeters@msdlegal.com<br><br>Jeffrey S. Goldenberg<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, Ohio 45242<br>Telephone: (513) 345-8291<br>jgoldenberg@gs-legal.com<br><br>Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Email: cschaffer@lfsblaw.com<br><br>Counsel for Plaintiff Aurora Rosario in: | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com<br><br>Ryan J. Clarkson*<br>Yana Hart*<br>Tiara Avaness*<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malabu, CA 90265<br>Tel: (213) 788-4050<br>Email: rclarkson@clarksonlawfirm.com<br>Email: yhart@clarksonlawfirm.com<br>Email: tavaness@clarksonlawfirm.com<br><br>Counsel for Plaintiff Ryan Aquino in:<br>**CASE #: 3:24-cv-00802** |

| | |
|---|---|
| **CASE #: 3:24-cv-00793** | |
| Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com<br><br>John G Emerson , Jr<br>Emerson Firm, PLLC<br>2500 Wilcrest<br>Suite 300<br>Houston, TX 77042<br>800-551-8649<br>Fax: 501-286-4659<br>Email: jemerson@emersonfirm.com<br><br>Dannielle M. Weiss<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Email: dweiss@barrack.com<br><br>Stephen R Basser<br>Barrack, Rodos & Bacine<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiffs Joseph Casey and Raquel Agee in<br>**CASE #: 3:24-cv-00803** | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>Lynn A. Toops<br>Amina A. Thomas<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>(317) 636-6481<br>Email: ltoops@cohenandmalad.com<br>Email: athomas@cohenandmalad.com<br><br>J. Gerard Stranch, IV<br>Andrew E. Mize<br>Grayson Wells<br>STRANCH, JENNINGS & GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>(615) 255-5419 (facsimile)<br>Email:  gstranch@stranchlaw.com<br>Email: amize@stranchlaw.com<br>Email: gwells@stranchlaw.com<br><br>Counsel for Plaintiffs Dan Hearon, Geri Sherwood, Kylin Smith in<br>**CASE #: 3:24-cv-00818** |
| Michael Robert Reese<br>Reese LLP<br>100 W 93rd St<br>16th Floor<br>New York, NY 10025<br>212-643-0500<br>Fax: 212-253-4272 | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015 |

| | |
|---|---|
| Email: mreese@reesellp.com<br><br>Kevin Laukaitis*<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>T: (215) 789-4462<br>Email: klaukaitis@laukaitislaw.com<br><br>Counsel for Plaintiff Gerald Foley in<br>**CASE #: 3:24-cv-00819** | Email: jkendall@kendalllawgroup.com<br>Larry A. Golston, Jr.<br>Leon Hampton<br>Jessi Haynes<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>Post Office Box 4160<br>Montgomery, Alabama 36103-4160<br>Phone: (334) 269-2343<br>Fax: (334) 954-7555<br>Email:  larry.golston@beasleyallen.com<br>Email:  leon.hampton@beasleyallen.com<br>Email:  jessi.haynes@beasleyallen.com<br><br>Counsel for Plaintiff Scott Mathews in<br>**CASE #: 3:24-cv-00824** |
| Maureen M. Brady<br>Lucy McShane<br>McShane & Brady LLC<br>1656 Washington Street<br>Suite 140<br>Kansas City, MO 64108<br>(816) 888-8010<br>Fax: (816) 332-6295<br>Email: mbrady@mcshanebradylaw.com<br>Email : lmcshane@mcshanebradylaw.com<br><br>Counsel for Plaintiffs Stephanie Doss,<br>Bethany Miller, Aimee Jarvis in<br>**CASE #: 4:24-cv-00234** | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>William "Billy" Peerce Howard<br>Amanda J. Allen<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>Truist Place<br>Tampa, FL. 33602<br>(813) 500-1500<br>Email:  Billy@TheConsumerProtectionFirm.com<br>Email:  Amanda@TheConsumerProtectionFirm<br><br>Counsel for Plaintiff Paola Williams in<br>**CASE #: 3:24-cv-00835** |
| Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso | Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500<br>cschaffer@lfsblaw.com<br><br>Counsel for Plaintiff Aurora Rosario in **CASE # 3:24-cv-00793** |

| | |
|---|---|
| HAUSFELD LLP<br>888 16th Street, N.W. Suite 300<br>Washington, D.C. 2006<br>Tel: (202) 540-7200<br>Email: jpizzirusso@hausfeld.com<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>**CASE # 3:24-00843** | Counsel for Plaintiff Brian Patterson in **CASE # 3:24-CV-00875** |
| Roy E. Barnes<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>roy@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>Counsel for Plaintiff : Terri Lynn Hodge in<br>**CASE # 1 :24-CV-01475**<br>Counsel for Plaintiffs : Ryan Unruh and Christopher Isbell in **CASE #1 :24-01414** | M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825<br>916-239-4778<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>black@justice4you.com<br><br>Counsel for Plaintiff : Elaine Hernandez in **CASE # 3 :24-CV-00840** |
| Douglas Millen<br>Nicholas Lange<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, IL 60629<br>224-632-4500<br>nlange@fklmlaw.com<br>dmillen@fkmlaw.com<br><br>Counsel for Plaintiff : Brandon Huyler in **CASE #3 :24-CV-00847** | Michael K. Hurst<br>Rebecca Adams<br>LYNN PINKER HURST & SCHWEGMANN, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>214-981-3800<br>mhurst@lynnllp.com<br>radams@lynnllp.com<br><br>Counsel for Plaintiff : Jennifer Turner in **CASE # 3 :24-00864** |
| Todd Garber<br>Andrew White<br>FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER LLP<br>One North Broadway, Suite 900<br>White Plains, NY 10601<br>914-298-3281<br>tgarber@fbfglaw.com<br>awhite@ffglaw.com | Sabita Soneji<br>TYCKO AND ZAVAREEI LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>510-254-6808<br>ssoneji@tzlegal.com<br><br>Counsel for Plaintiff : Cameron King in **CASE # 3 :24-00867** |

| | |
|---|---|
| Counsel for Plaintiff : Ahmed Abdellatif in **CASE # 3 :24-CV-00876** | |
| Daniel Gustafson<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>612-333-8844<br>dgustafson@gustafsongluek.com<br><br>Korey A. Nelson<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>504-799-2845<br>knelson@burnscharest.com<br><br>Counsel for Plaintiff : Laura Schuster in **CASE # 3 :24-cv-00922** | |
| James Evangelista<br>EVANGELISTA WORLEY LLC<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328<br>404-205-8400<br>jim@ewlawllc.com<br><br>Counsel for Plaintiff Aquelia Walker in **CASE # 1 :24-cv-00438** | Elizabeth Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>312-741-1019<br>beth@geganscott.com<br><br>Counsel for Plaintiff : Rah-Nita Boykin in **CASE # 1 :24-cv-02973** |
| Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1530<br>Fax: (202) 861-1783<br>Email: gketeltas@bakerlaw.com<br>**Counsel for Defendant AT&T, Inc** | |
| SERVICE VIA FIRST CLASS U.S. MAIL TO: | |
| United States District Court<br>For the Northern District of Texas<br>1100 Commerce Street<br>Room 1452<br>Dallas, TX 75242 | United States District Court<br>For the Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 |

Dated:  April 16, 2024                              Respectfully submitted,

                                                 */s/ Kennedy M. Brian*
                                                 Kennedy M. Brian
                                                 FEDERMAN & SHERWOOD
                                                 10205 North Pennsylvania Avenue
                                                 Oklahoma City, OK 73120
                                                 Telephone: (405) 235-1560
                                                 -and-
                                                 212 W. Spring Valley Road
                                                 Richardson, TX  75081
                                                 Email: KPB@federmanlaw.com
                                                 *Counsel for Plaintiff Sam Knight*