**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| **IN RE AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL DOCKET NO.: 3114 |
|---|---|

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a), the undersigned hereby certifies that on April 17, 2024, I caused the Amended Notice of Appearance to be filed and served electronically with the Clerk of the Court for the JPML using the CM/ECF system or via email on all parties in the following case:

| SERVICE VIA ELECTRONIC MAIL TO: | |
|---|---|
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00757**<br>**CASE #: 3:24-cv-00758**<br>**CASE #: 3:24-cv-00774**<br>**CASE #: 3:24-cv-00772**<br>**CASE #: 3:24-cv-00760** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email : bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>Email: jeanmartin@forthepeople.com<br>Email: fburne@forthepeople.com<br><br>Counsel for Plaintiff Patricia Dean in:<br>**CASE #: 3:24-cv-00776** |
| Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana St.<br>Suite 210<br>Boerne, TX 78006<br>210-277-0542<br>Fax: 210-277-0548<br>Email: rwaii@tafpllc.com | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com |

| | |
|---|---|
| Debbie Branscum<br>Law Office of Debbie Branscum<br>PO Box 394<br>Bedford, TX 76095-0394<br>214-206-1975<br>Fax: 214-432-0130<br>Email: dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: sec@colevannote.com<br><br>Counsel for Plaintiff Rachel Collier in:<br>**CASE #: 3:24-cv-00782** | Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email: gklinger@milberg.com<br><br>J. Gerard Stranch, IV<br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>Email : gstranch@stranchlaw.com<br><br>Counsel for Plaintiff Nicholas Nelli in:<br>**CASE #: 3:24-cv-00759** |
| Bruce William Steckler<br>Steckler Wayne & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email : bruce@swclaw.com<br><br>Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br>100 Washington Ave., Ste. 100<br>Minneapolis, MN 55401-2138<br>Phone: (612) 767-3600<br>Fax: (612) 336-2940<br>Email: bbleichner@chestnutcambronne.com<br>Email: pkrzeski@chestnutcambronne.com | Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street<br>Suite 220<br>Houston, TX 77002<br>713-331-5254<br>Fax: 713-513-5202<br>Email: patrick@fosteryarborough.com<br><br>David J. George<br>Brittany L. Brown<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>Email: dgeorge@4-Justice.com<br>Email: bbrown@ 4-Justice.com<br>Email: eservice@4-Justice.com |

| | |
|---|---|
| Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com<br><br>Counsel for Plaintiff Matthew Barkley in:<br>**CASE #: 3:24-cv-00769** | Lori G. Feldman<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173<br>Email: lfeldman@ 4-Justice.com<br><br>Janine L. Pollack<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Telephone: (917) 983-2707<br>Facsimile: (888) 421-4173<br>Email: jpollack@4-Justice.com<br><br>Counsel for Plaintiff C. Mario Jaramillo in: **CASE #: 3:24-cv-00761** |
| Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>Email: tcoates@msdlegal.com<br>Email: jwalker@msdlegal.com<br>Email: jdeters@msdlegal.com<br><br>Counsel for Plaintiff Andrew March in:<br>**CASE #: 3:24-cv-00758** | Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, Ohio 45208<br>Phone: 513-381-2333<br>Fax: 513-766-9011<br>Email: jlyon@thelyonfirm.com<br>Email: kcox@thelyonfirm.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00772** |
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>Email: mbarney@sirillp.com<br>Email: tbean@sirillp.com<br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00774** | Samuel J. Strauss<br>Raina C. Borrelli<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423<br>Email: sam@turkestrauss.com<br>Email: raina@turkestrauss.com<br><br>Counsel for Plaintiff Mike Montoya in:<br>**CASE #: 3:24-cv-00760** |
| | |

| | |
|---|---|
| Amy E. Keller<br>DiCello Levitt LLP<br>Ten North Dearborn Street<br>Ste Sixth Floor<br>Chicago, IL 60602<br>312-214-7900<br>Email: akeller@dicellolevitt.com<br>Douglas J. McNamara<br>Cohen Milstein Sellers & Toll, PLLC - DC<br>Suite 500 West<br>1100 New York Ave., N.W.<br>Washington, DC 20005<br>202-408-4600<br>Email: dmcnamara@cohenmilstein.com<br><br>James Cameron Tribble<br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email: ctribble@barneslawgroup.com<br>Email: roy@barneslawgroup.com<br><br>Norman E. Siegel<br>John Austin Moore<br>Stefon David<br>Stueve Siegel Hanson, LLP -MO<br>Suite 200<br>460 Nichols Road<br>Kansas City, MO 64112<br>816-714-7100<br>Email: moore@stuevesiegel.com<br>Email: david@stuevesiegel.com<br>Counsel for Plaintiffs Ryan Unruh and Christopher Isbell in:<br>**CASE #: 1:24-cv01414** | Gary Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com<br><br>Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 1450<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (877) 744-3728<br>Email: jkendall@kendalllawgroup.com<br>Counsel for Plaintiff Alex Petroski in:<br>**CASE #: 3:24-cv-00757** |
| Andrew J Shamis<br>Shamis & Gentile PA<br>3839 McKinney Avenue<br>Suite 155-2319<br>Dallas, TX 75204<br>305-479-2299<br>Fax: 786-623-0915<br>Email: ashamis@shamisgentile.com | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com |

| | |
|---|---|
| Counsel for Plaintiff Michael Lovetro in:<br>**CASE #: 3:24-cv-00783** | Nathan D. Prosser*<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>(952) 746-2124<br>Email: nprosser@hjlawfirm.com<br><br>Counsel for Plaintiff Alison Williamson in:<br>**CASE 3: 3:24-cv-00790** |
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>Email: tcoates@msdlegal.com<br>Email: jwalker@msdlegal.com<br>Email: jdeters@msdlegal.com<br><br>Jeffrey S. Goldenberg<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, Ohio 45242<br>Telephone: (513) 345-8291<br>jgoldenberg@gs-legal.com<br><br>Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Email: cschaffer@lfsblaw.com<br><br>Counsel for Plaintiff Aurora Rosario in: | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com<br><br>Ryan J. Clarkson*<br>Yana Hart*<br>Tiara Avaness*<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malabu, CA 90265<br>Tel: (213) 788-4050<br>Email: rclarkson@clarksonlawfirm.com<br>Email: yhart@clarksonlawfirm.com<br>Email: tavaness@clarksonlawfirm.com<br><br>Counsel for Plaintiff Ryan Aquino in:<br>**CASE #: 3:24-cv-00802** |

<table>
<tr><td>CASE #: 3:24-cv-00793</td><td></td></tr>
<tr><td>Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com<br><br>John G Emerson , Jr<br>Emerson Firm, PLLC<br>2500 Wilcrest<br>Suite 300<br>Houston, TX 77042<br>800-551-8649<br>Fax: 501-286-4659<br>Email: jemerson@emersonfirm.com<br><br>Dannielle M. Weiss<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Email: dweiss@barrack.com<br><br>Stephen R Basser<br>Barrack, Rodos & Bacine<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiffs Joseph Casey and Raquel Agee in<br>CASE #: 3:24-cv-00803</td><td>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>Lynn A. Toops<br>Amina A. Thomas<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>(317) 636-6481<br>Email: ltoops@cohenandmalad.com<br>Email: athomas@cohenandmalad.com<br><br>J. Gerard Stranch, IV<br>Andrew E. Mize<br>Grayson Wells<br>STRANCH, JENNINGS & GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>(615) 255-5419 (facsimile)<br>Email: gstranch@stranchlaw.com<br>Email: amize@stranchlaw.com<br>Email: gwells@stranchlaw.com<br><br>Counsel for Plaintiffs Dan Hearon, Geri Sherwood, Kylin Smith in<br>CASE #: 3:24-cv-00818</td></tr>
<tr><td>Michael Robert Reese<br>Reese LLP<br>100 W 93rd St<br>16th Floor<br>New York, NY 10025<br>212-643-0500<br>Fax: 212-253-4272</td><td>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015</td></tr>
</table>

| | |
|---|---|
| Email: mreese@reesellp.com<br><br>Kevin Laukaitis*<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>T: (215) 789-4462<br>Email: klaukaitis@laukaitislaw.com<br><br>Counsel for Plaintiff Gerald Foley in<br>**CASE #: 3:24-cv-00819** | Email: jkendall@kendalllawgroup.com<br>Larry A. Golston, Jr.<br>Leon Hampton<br>Jessi Haynes<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>Post Office Box 4160<br>Montgomery, Alabama 36103-4160<br>Phone: (334) 269-2343<br>Fax: (334) 954-7555<br>Email: larry.golston@beasleyallen.com<br>Email: leon.hampton@beasleyallen.com<br>Email: jessi.haynes@beasleyallen.com<br><br>Counsel for Plaintiff Scott Mathews in<br>**CASE #: 3:24-cv-00824** |
| Maureen M. Brady<br>Lucy McShane<br>McShane & Brady LLC<br>1656 Washington Street<br>Suite 140<br>Kansas City, MO 64108<br>(816) 888-8010<br>Fax: (816) 332-6295<br>Email: mbrady@mcshanebradylaw.com<br>Email : lmcshane@mcshanebradylaw.com<br><br>Counsel for Plaintiffs Stephanie Doss,<br>Bethany Miller, Aimee Jarvis in<br>**CASE #: 4:24-cv-00234** | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>William “Billy” Peerce Howard<br>Amanda J. Allen<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>Truist Place<br>Tampa, FL. 33602<br>(813) 500-1500<br>Email: Billy@TheConsumerProtectionFirm.com<br>Email: Amanda@TheConsumerProtectionFirm<br><br>Counsel for Plaintiff Paola Williams in<br>**CASE #: 3:24-cv-00835** |
| Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso | Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500<br>cschaffer@lfsblaw.com<br><br>Counsel for Plaintiff Aurora Rosario in **CASE # 3:24-cv-00793** |

| | |
|---|---|
| HAUSFELD LLP<br>888 16th Street, N.W. Suite 300<br>Washington, D.C. 2006<br>Tel: (202) 540-7200<br>Email: jpizzirusso@hausfeld.com<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>**CASE # 3:24-00843** | Counsel for Plaintiff Brian Patterson in **CASE # 3:24-CV-00875** |
| Roy E. Barnes<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>roy@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>Counsel for Plaintiff : Terri Lynn Hodge in **CASE # 1 :24-CV-01475**<br>Counsel for Plaintiffs : Ryan Unruh and Christopher Isbell in **CASE #1 :24-01414** | M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825<br>916-239-4778<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>black@justice4you.com<br><br>Counsel for Plaintiff : Elaine Hernandez in **CASE # 3 :24-CV-00840** |
| Douglas Millen<br>Nicholas Lange<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, IL 60629<br>224-632-4500<br>nlange@fklmlaw.com<br>dmillen@fkmlaw.com<br><br>Counsel for Plaintiff : Brandon Huyler in **CASE #3 :24-CV-00847** | Michael K. Hurst<br>Rebecca Adams<br>LYNN PINKER HURST & SCHWEGMANN, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>214-981-3800<br>mhurst@lynnllp.com<br>radams@lynnllp.com<br><br>Counsel for Plaintiff : Jennifer Turner in **CASE # 3 :24-00864** |
| Todd Garber<br>Andrew White<br>FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER LLP<br>One North Broadway, Suite 900<br>White Plains, NY 10601<br>914-298-3281<br>tgarber@fbfglaw.com<br>awhite@ffglaw.com | Sabita Soneji<br>TYCKO AND ZAVAREEI LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>510-254-6808<br>ssoneji@tzlegal.com<br><br>Counsel for Plaintiff : Cameron King in **CASE # 3 :24-00867** |

| Counsel for Plaintiff : Ahmed Abdellatif in **CASE # 3 :24-CV-00876** | |
|---|---|
| Daniel Gustafson<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>612-333-8844<br>dgustafson@gustafsongluek.com<br><br>Korey A. Nelson<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>504-799-2845<br>knelson@burnscharest.com<br><br>Counsel for Plaintiff : Laura Schuster in **CASE # 3 :24-cv-00922** | Kennedy M. Brian<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>405-235-1560<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Sam Knight in **CASE # 5 :24-cv-00324** |
| James Evangelista<br>EVANGELISTA WORLEY LLC<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328<br>404-205-8400<br>jim@ewlawllc.com<br><br>Counsel for Plaintiff Aquelia Walker in **CASE # 1 :24-cv-00438** | Elizabeth Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>312-741-1019<br>beth@geganscott.com<br><br>Counsel for Plaintiff : Rah-Nita Boykin in **CASE # 1 :24-cv-02973** |
| Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1530<br>Fax: (202) 861-1783<br>Email: gketeltas@bakerlaw.com<br>**Counsel for Defendant AT&T, Inc** | |
| SERVICE VIA FIRST CLASS U.S. MAIL TO: | |
| United States District Court<br>For the Northern District of Texas<br>1100 Commerce Street<br>Room 1452<br>Dallas, TX 75242 | United States District Court<br>For the Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 |

Dated: April 17, 2024

Respectfully submitted,

*/s/ William B. Federman*___________

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX 75081
*Counsel for Plaintiff Bagley*