BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T, Inc., hereby notifies the Clerk of the potential tag-along actions pending in federal district court and listed on the attached Schedule of Action:

*Hernandez v. AT&T, Inc.,* No. 3:24-cv-00840 (N.D. Tex.)

*Huyler v. AT&T, Inc.,* No. 3:24-cv-00847 (N.D. Tex.)

*Williams v. AT&T, Inc.,* No. 3:24-cv-00835 (N.D. Tex.)

*Hodge v. AT&T, Inc., et al.,* No. 1:24-cv-01475 (N.D. Ga.)

*Stover v. AT&T, Inc.,* No. 3:24-cv-00863 (N.D. Tex.)

*Turner v. AT&T, Inc.,* No. 3:24-cv-00864 (N.D. Tex.)

*Carrasco v. AT&T, Inc.,* No. 4:24-cv-00305 (E.D. Tex.)

*King v. AT&T, Inc.,* No. 3:24-cv-00867 (N.D. Tex.)

*Patterson v. AT&T, Inc.,* No. 3:24-cv-00875 (N.D. Tex.)

*Randall v. AT&T, Inc.,* No. 3:24-cv-00873 (N.D. Tex.)

*Abdellatif v. AT&T, Inc.,* No. 3:24-cv-00876 (N.D. Tex.)

*Walker v. AT&T, Inc.,* No. 1:24-cv-00438 (E.D. Ca.)

*Boykin v. AT&T, Inc.,* No. 1:24-cv-02973 (N.D. Ill.)

*Hasson v. AT&T, Inc., et al.,* No. 1:24-cv-01580 (N.D. Ga.)

*Schuster v. AT&T, Inc.,* No. 3:24-cv-00922 (N.D. Tex.)

*Chernik v. AT&T, Inc., et al.,* No. 1:24-cv-03054 (N.D. Ill.)

The docket sheets and complaints are attached as exhibits.

Date: April 17, 2024                                   Respectfully submitted,

                                                       /s/ Gilbert S. Keteltas
                                                       Gilbert S. Keteltas
                                                       BAKER HOSTETLER LLP
                                                       1050 Connecticut Avenue, NW, Suite 1100
                                                       Washington, D.C. 20036
                                                       Tel.: (202) 861.1530
                                                       Fax: (202) 861.1783
                                                       Email: gketeltas@bakerlaw.com

                                                       *Attorney for Defendant AT&T, Inc. and AT&T Mobility LLC*