**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL DOCKET NO.: 3114 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Jeff Ostrow of Kopelowitz Ostrow Ferugson Weiselberg Gilbert withdraws as counsel for Plaintiff Nicholas Nelli in the above-referenced matter.

Respectfully submitted,

By: */s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-332-4200
ostrow@kolawyers.com

*Attorney for Plaintiff and the Putative Class* (*Nelli v. AT&T Inc.*, No. 3:24-cv-00759 (N.D. Tex.))