BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on April 18, 2024, I filed the foregoing Notice of Appearance, to be electronically served through the CM/ECF system and notice was thereby disseminated to all ECF-registered counsel of record via the CM/ECF email notification system.

| *Nelli v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00759-E | *Petroski v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00757-E |
|---|---|
| Bruce William Steckler<br>Steckler Wayne Cherry & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email: bruce@swclaw.com<br><br>Steven Sukert<br>Kopelowitz Ostrow, PA<br>1 West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 525-4300<br>Email: sukert@kolawyers.com<br><br>Jeff Ostrow<br>Kopelowitz Ostrow, PA<br>1 West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 525-4300<br>Email: ostrow@kolawyers.com | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>James J. Pizzirusso<br>Hausfeld LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel: (202) 540-7200<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>Hausfeld LLP<br>33 Whitehall Street, 14th Floor<br>New York, New York 10004<br>Tel: (646) 357-1100<br>Email: snathan@hausfeld.com |

| | |
|---|---|
| *Attorneys for Plaintiff Nicholas Nelli*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | *Attorneys for Plaintiff Alex Petroski*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| **March v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00758-B**<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, Ohio 75202<br>Tel: (513) 651-3700<br>Email: tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com<br><br>*Attorneys for Plaintiff Andrew March*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | **Montoya v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00760-N**<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Samuel J. Strauss<br>Raina C. Borrelli<br>Turke & Strauss LLP<br>613 Williamson Street, Suite 201<br>Madison, Wisconsin 53703<br>Tel: (608) 237-1775<br>Email: sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>*Attorneys for Plaintiff Mike Montoya*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| **Jaramillo v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00761-B** | **Barkley v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00769-N** |

| | |
|---|---|
| Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, Texas 77002<br>Tel: (713) 331-5254<br>Email: patrick@fosteryarborough.com<br><br>David J. George<br>Brittany L. Brown<br>George Feldman McDonald, PLLC<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467<br>Tel: (561) 232-6002<br>Email: dgeorge@4-justice.com<br>bbrown@4-justice.com<br>eservice@4-justice.com<br><br>Lori G. Feldman<br>George Feldman McDonald, PLLC<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Tel: (917) 983-9321<br>Email: lfeldman@4-justice.com<br><br>Janine L. Pollack<br>George Feldman McDonald, PLLC<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (917) 983-2707<br>Email: jpollack@4-justice.com<br><br>*Attorneys for Plaintiff C. Mario Jaramillo*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Bruce William Steckler<br>Steckler Wayne & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email: bruce@swclaw.com<br><br>Bryan L. Bleichner<br>Philip J. Krzeski<br>Chestnut Cambronne PA<br>100 Washington Avenue, Suite 100<br>Minneapolis, Minnesota 55401<br>Tel: (612) 767-3600<br>Email: bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>*Attorneys for Plaintiff Matthew Barkley*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Bagley v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00770-X***<br><br>William B. Federman | ***Cumo et al v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00772-X***<br><br>Joe Kendall |

| | |
|---|---|
| Federman & Sherwood<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Tel: (214) 696-1100<br>Email: wbf@federmanlaw.com<br><br>Kennedy M. Brian<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Tel: (405) 235-1560<br>Email: kpb@federmanlaw.com<br><br>*Attorneys for Plaintiff Lacrista Bagley*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Joseph M. Lyon<br>Kevin M. Cox<br>The Lyon Firm<br>2745 Erie Avenue<br>Cincinnati, Ohio 45208<br>Tel: (513) 381-2333<br>Email: jlyon@thelyonfirm.com<br>kcox@thelyonfirm.com<br><br>*Attorneys for Plaintiffs Jeffrey Cumo and Tiara Alston*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Slovenkay et al v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00774-X***<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Mason A. Barney<br>Tyler J. Bean<br>Siri & Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>Email: mbarney@sirillp.com<br>tbean@sirillpcom | ***Dean v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00776-X***<br><br>Bruce William Steckler<br>Steckler Wayne Cherry & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email: bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel: (813) 223-5505<br>Email: jeanmartin@forthepeople.com<br>fburne@forthepeople.com |

| | |
|---|---|
| *Attorneys for Plaintiffs Richard Slovenkay and Wesley Hansen*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | *Attorneys for Plaintiff Patricia Dean*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| **Collier v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00782-K**<br><br>Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana Street, Suite 210<br>Boerne, TX 78006<br>Tel: (210) 277-0542<br>Email: rwaii@tafpllc.com<br><br>Debbie Branscum<br>Law Office of Debbie Branscum<br>Post Office Box 394<br>Bedford, Texas 96075<br>Tel: (214) 432-0130<br>Email: dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Tel: (510) 891-9800<br>Email: sec@colevannote.com<br><br>*Attorneys for Plaintiff Rachel Collier*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | **Lovetro v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00783-X**<br><br>Andrew J. Shamis<br>Shamis & Gentile, PA<br>3839 McKinney Avenue, Suite 155-2319<br>Dallas, Texas 75204<br>Tel: (305) 479-2299<br>Email: ashamis@shamisgentile.com<br><br>*Attorney for Plaintiff Michael Lovetro*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |

| **Williamson v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00790-K** | **Rosario v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00793-E** |
|---|---|
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Nathan D. Prosser<br>Hellmuth & Johnson, PLLC<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>Tel: (952) 746-2124<br>Email: nprosser@hjlawfirm.com<br><br>*Attorneys for Plaintiff Alison Williamson*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, Ohio 75202<br>Tel: (513) 651-3700<br>Email: tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com<br><br>Jeffrey S. Goldenberg<br>Goldenberg Schneider LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, Ohio 45242<br>Tel: (513) 345-8291<br>Email: jgoldenberg@gs-legal.com<br><br>Charles E. Schaffer<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106<br>Tel: (215) 592-1500<br>Email: cschaffer@lfsblaw.com<br><br>*Attorneys for Plaintiff Aurora Rosario*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |

| *Aquino v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00802-X | *Casey et al v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00803-B |
|---|---|
| Bruce William Steckler<br>Steckler Wayne Cherry & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email: bruce@swclaw.com<br><br>Ryan J. Clarkson<br>Yana Hart<br>Tiara Avaness<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway<br>Malibu, California 90265<br>Tel: (213) 788-4050<br>Email: rclarkson@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com<br>tavaness@clarksonlawfirm.com<br><br>*Attorneys for Plaintiff Ryan Aquino*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Bruce William Steckler<br>Steckler Wayne Cherry & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email: bruce@swclaw.com<br><br>John G. Emerson, Jr.<br>Emerson Firm, PLLC<br>2500 Wilcrest, Suite 300<br>Houston, Texas 77042<br>Tel: (800) 551-8649<br>Email: jemerson@emersonfirm.com<br><br>Stephen R. Basser<br>Barrack, Rodos & Bacine<br>600 West Broadway, Suite 900<br>San Diego, California 92101<br>Tel: (619) 230-0800<br>Email: sbasser@barrack.com<br><br>Danielle M. Weiss<br>Barrack, Rodos & Bacine<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 963-0600<br>Email: dweiss@barrack.com<br><br>*Attorneys for Plaintiffs Joseph Casey and Raquel Agee*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| **Hearon et al v. AT&T, Inc.**, N.D. Tex., Case No. 3:24-cv-00818-X | **Foley v. AT&T, Inc.**, N.D. Tex., Case No. 3:24-cv-00819-X |

| | |
|---|---|
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Lynn A. Toops<br>Amina A. Thomas<br>Cohen & Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>Tel: (317) 636-6481<br>Email: ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com<br><br>J. Gerard Stranch, IV<br>Andrew E. Mize<br>Grayson Wells<br>Stranch, Jennings & Garvey, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Tel: (615) 254-8801<br>Email: gstranch@stranchlaw.com<br>amize@stranchlaw.com<br>gwells@stranchlaw.com<br><br>*Attorneys for Plaintiffs Dan Hearon, Geri Sherwood and Kylin Smith*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Michael Robert Reese<br>Reese LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Tel: (212) 643-0500<br>Email: mreese@reesellp.com<br><br>Kevin Laukaitis<br>Laukaitis Law LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Tel: (215) 789-4462<br>Email: klaukaitis@laukaitislaw.com<br><br>*Attorneys for Plaintiff Gerald Foley*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Matthews v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00824-K***<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825 | ***Williams v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00835-N***<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825 |

| | |
|---|---|
| Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Jessica M. Haynes<br>Beasley Allen Law Firm<br>301 St. Louis Street<br>Mobile, Alabama 36602<br>Tel: (251) 308-1515<br>Email: jessi.haynes@beasleyallen.com<br><br>Larry A. Golston, Jr.<br>Leon Hampton, Jr.<br>Beasley Allen et al<br>Post Office Box 4160<br>Montgomery, Alabama 36103<br>Tel: (334) 269-2343<br>Email: leon.hampton@beasleyallen.com<br>lgolston@beasleyallen.com<br><br>*Attorneys for Plaintiff Scott Matthews*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>William "Billy" Peerce Howard<br>Amanda J. Allen<br>The Consumer Protection Firm<br>401 East Jackson Street, Suite 2340<br>Truist Place<br>Tampa, Florida 33602<br>Tel: (813) 500-1500<br>Email: billy@theconsumerprotectionfirm.com<br>amanda@theconsumerprotectionfirm.com<br><br>*Attorneys for Plaintiff Paola Williams*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Hernandez v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00840-E***<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Joseph M. Lyon<br>Kevin M. Cox<br>The Lyon Firm<br>2745 Erie Avenue<br>Cincinnati, Ohio 45208 | ***Citino et al v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00843-B***<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Cari Campen Laufenberg<br>Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 92101<br>Tel: (206) 623-1900 |

| | |
|---|---|
| Tel: (513) 381-2333<br>Email: jlyon@thelyonfirm.com<br>kcox@thelyonfirm.com<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>Clayeo C. Arnold, A Professional Corporation<br>865 Howe Avenue<br>Sacramento, California 95825<br>Tel: (916) 239-4778<br>Email: aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>*Attorneys for Plaintiff Elaine Hernandez*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Email: claufenberg@kellerrohrback.com<br><br>Christopher L. Springer<br>Keller Rohrback LLP<br>801 Garden Street, Suite 301<br>Santa Barbara, California 93101<br>Tel: (805) 456-1496<br>Email: cspringer@kellerrohrback.com<br><br>James J. Pizzirusso<br>Hausfeld LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel: (202) 540-7200<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>Hausfeld LLP<br>33 Whitehall Street, 14th Floor<br>New York, New York 10004<br>Tel: (646) 357-1100<br>Email: snathan@hausfeld.com<br><br>*Attorneys for Plaintiffs Nella Citino and Daniel Mizell*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Huyler v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00847-K**<br><br>Bruce William Steckler<br>Steckler Wayne Cherry & Love, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, Texas 75230<br>Tel: (972) 387-4040<br>Email:  bruce@swclaw.com<br><br>Jonathan Marc Jagher | ***Stover v. AT&T, Inc.*, N.D. Tex., Case No. 3:24-cv-00863-K**<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br>*Attorneys for Plaintiff M Andrew Stover* |

| | |
|---|---|
| Freed Kanner London & Millen LLC<br>923 Fayette Street<br>Conshohocken, Pennsylvania 14928<br>Tel: (610) 234-6486<br>Email: jjagher@fklmlaw.com<br><br>Douglas A. Millen<br>Nicholas R. Lange<br>Freed Kanner London & Millen LLC<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, Illinois 60629<br>Tel: (224) 632-4500<br>Email: nlange@fklmlaw.com<br>dmillen@fklmlaw.com<br><br>*Attorneys for Plaintiff Brandon Huyler*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| **Turner v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00864-X**<br><br>Michael K Hurst<br>Lynn Pinker Hurst Schwegmann LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Tel: (214) 981-3800<br>Email: mhurst@lynnllp.com<br><br>Jessica Dale Cox<br>Lynn Pinker Hurst & Schwegmann<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Tel: (214) 981-3800<br>Email: jcox@lynnllp.com<br><br>Julie Pettit<br>The Pettit Law Firm<br>2101 Cedar Springs, Suite 1540 | **King v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00867-E**<br><br>Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Sabita J Soneji<br>Tycko and Zavareei LLP<br>1970 Broadway, Suite 1070<br>Oakland, California 94612<br>Tel: (510) 254-6808<br>Email: ssoneji@tzlegal.com<br><br>*Attorneys for Plaintiff Cameron King*<br><br>C. Shawn Cleveland |

| | |
|---|---|
| Dallas, Texas 75201<br>(214) 329-0151<br>Email: jpettit@pettitfirm.com<br><br>Rebecca Lynn Adams<br>Lynn Pinker Cox & Hurst LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Tel: (214) 981-3800<br>Email: radams@lynnllp.com<br><br>Yaman Desai<br>Lynn Pinker Hurst & Schwegmann, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Tel: (214) 981-3800<br>Email: ydesai@lynnllp.com<br><br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>Clarissa R. Olivares<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, California 94612<br>Tel: (415) 772-4700<br>Email: lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br>colivares@kaplanfox.com<br><br>*Attorneys for Plaintiff Jennifer Turner*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Abdellatif v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00876-E***<br>Joe Kendall<br>Kendall Law Group | ***Patterson v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00875-X***<br>***Schuster v. AT&T, Inc., N.D. Tex., Case No. 3:24-cv-00922-E*** |

- 2 -

| | |
|---|---|
| 3811 Turtle Creek Boulevard, Suite 825<br>Dallas, Texas 75219<br>Tel: (214) 744-3000<br>Email: jkendall@kendalllawgroup.com<br><br>Todd S. Garber<br>Andrew C. White<br>Finkelstein, Blankenship Frei-Pearson & Garber, LLP<br>One North Broadway, Suite 900<br>White Plains, New York 10601<br>Tel: (914) 298-3281<br>Email: tgarber@fbfglaw.com<br>awhite@fbfglaw.com<br><br>*Attorneys for Plaintiff Ahmed Abdellatif*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* | Warren T. Burns<br>Daniel H. Charest<br>Burns Charest LLP<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Tel: (469) 504-4550<br>Email: wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>1220 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota 55402<br>Tel: (612) 333-8844<br>Email: dgustafson@gustafsongluek.com<br><br>Daniel C. Hedlund<br>David A. Goodwin<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota 55402<br>Tel: (612) 333-8844<br>Email: dhedlund@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br><br>Hannah Marie Crowe<br>Burns Charest LLP<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Tel: (214) 934-6153<br>Email: hcrowe@burnscharest.com<br><br>Korey A. Nelson<br>Burns Charest LLP<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>Tel: (504) 799-2845<br>Email: knelson@burnscharest.com<br><br>*Attorneys for Plaintiff Laura Schuster*<br><br>C. Shawn Cleveland<br>Baker & Hostetler LLP<br>2850 North Harwood Street, Suite 1100 |

| | |
|---|---|
| | Dallas, Texas 75201<br>Tel: (214) 210-1210<br>Email: scleveland@bakerlaw.com<br><br>*Attorney for Defendant AT&T, Inc.* |
| ***Knight v. AT&T, Inc.*, W.D. Okla., Case No. 5:24-cv-00324-HE**<br><br>William B. Federman<br>Federman & Sherwood<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Tel: (214) 696-1100<br>Email: wbf@federmanlaw.com<br><br>Kennedy M. Brian<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Tel: (405) 235-1560<br>Email: kpb@federmanlaw.com<br><br>*Attorneys for Plaintiff Sam Knight*<br><br>Daniel E Bryan, III<br>Maxwell G. West<br>Hornbeek Vitali & Braun PLLC<br>3711 North Classen Blvd<br>Oklahoma City, Oklahoma 73118<br>Tel: (405) 236-8600<br>Email: bryan@hvblaw.com<br>west@hvblaw.com<br><br>*Attorneys for Defendant AT&T, Inc.* | ***Walker v. AT&T, Inc.*, E.D. Cal., Case No. 1:24-cv-00438-EPG**<br><br>Ann Heimberger Jernow<br>Sterlington, PLLC<br>One World Trade Center, 85th Floor<br>New York, New York 10007<br>Tel: (332) 910-5742<br>Email: ann.jernow@sterlingtonlaw.com<br><br>James M. Evangelista<br>Evangelista Worley LLC<br>10 Glenlake Parkway, Suite 130<br>Atlanta, Georgia 30328<br>Tel: (404) 205-8400<br>Email: jim@ewlawllc.com<br><br>*Attorneys for Plaintiff Aquelia Walker* |
| ***Unruh v. AT&T, Inc.*, N.D. Ga., Case No. 1:24-cv-01414-VMC**<br><br>Amy E. Keller<br>DiCello Levitt LLP<br>Ten North Dearborn Street, Suite Sixth Floor<br>Chicago, Illinois 60602<br>Tel: (312) 214-7900<br>Email: akeller@dicellolevitt.com | ***Hodge v. AT&T, Inc.*, N.D. Ga., Case No. 1:24-cv-01475-VMC**<br><br>David Michael Berger<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Tel: (510) 350-9700<br><br>James Cameron Tribble |

| | |
|---|---|
| Douglas J. McNamara<br>Cohen Milstein Sellers & Toll, PLLC<br>1100 New York Ave., N.W., Suite 500 West<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Email: dmcnamara@cohenmilstein.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>Tel: (770) 227-6375<br>Email: ctribble@barneslawgroup.com<br><br>John Austin Moore<br>Norman E. Siegel<br>Stefon David<br>Stueve Siegel Hanson, LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: (816) 714-7100<br>Email: siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>Tel: (770) 227-6375<br>Email: Roy@barneslawgroup.com<br><br>*Attorneys for Plaintiffs Ryan Unruh and Christopher Isbell* | The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>Tel: (770) 227-6375<br>Email: ctribble@barneslawgroup.com<br><br>Linda Pham Lam<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Tel: (510) 350-9700<br>Email: lpl@classlawgroup.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>Tel: (770) 227-6375<br>Email: Roy@barneslawgroup.com<br><br>*Attorneys for Plaintiff Terri Lynn Hodge* |
| ***Boykin v. AT&T, Inc.*, N.D. Ill., Case No. 1:24-cv-02973**<br><br>Megan Shannon<br>Fegan Scott LLC<br>150 South Wacker Drive, 24th Floor<br>Chicago, Illinos 60606<br>Tel: (312) 273-9476<br>Email: megan@feganscott.com<br><br>Elizabeth A. Fegan<br>Fegan Scott, LLC | ***Doss et al v. AT&T, Inc.*, W.D. Mo., Case No. 4:24-cv-00234**<br><br>Maureen M. Brady<br>McShane & Brady LLC<br>1656 Washington Street, Suite 140<br>Kansas City, Missouri 64108<br>Tel: (816) 888-8010<br>Email: mbrady@mcshanebradylaw.com<br><br>*Attorneys for Plaintiffs Stephanie Doss, Bethany Miller, Aimee Jarvis* |

| | |
|---|---|
| 150 South Wacker Drive, 24th Floor<br>Chicago, Illinois 60606<br>Tel: (312) 741-1019<br>Email: beth@feganscott.com<br><br>*Attorneys for Plaintiffs Rah-Nita Boykin* | |

Dated: April 18, 2024

By: */s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
gklinger@milberg.com

*Counsel for Plaintiff Nicholas Nelli*