BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: AT&T INC. CUSTOMER DATA<br>SECURITY BREACH LIGITAITON | )<br>)<br>)<br>)<br>) | MDL NO. 3114 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedures 6.2(d) and 7.1(a), Plaintiffs Randall McGee and Phil Eisen write to notify the Panel of the following related class action: *McGee v. AT&T, Inc.*, Case No. 3:24-cv-00954-D (N.d. Texas). The complaint and docket sheet are attached as Exhibit A.

Dated: April 18, 2024

Respectfully submitted,

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman
kpachman@susmangodfrey.com
Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3100

Shawn J. Rabin
srabin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Phone: (212) 336-8830
Fax: (212) 336-8340

*Attorneys for Plaintiffs*