**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |

## PROOF OF SERVICE

I, Krysta Kauble Pachman, hereby certify that on April 19, 2024, in accordance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on behalf of Plaintiffs Randall McGee and Phil Eisen, I caused the foregoing *Notice of Appearance* to be filed and served electronically through the CM/ECF system on all parties of record.

Respectfully submitted,

By: */s/ Krysta Kauble Pachman*
Krysta Kauble Pachman
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3118
kpachman@susmangodfrey.com

*Attorney for Plaintiffs Randall McGee and Phil Eisen*

Service via Email to:

Gilbert S. Keteltas
gketeltas@bakerlaw.com
Baker Hostetler, LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036

*Counsel for Defendant AT&T, Inc.*