BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No.: 3114 |
|---|---|

## PROOF OF SERVICE

I, MaryBeth V. Gibson hereby certify that on April 23, 2024, in accordance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, caused the foregoing *Notice of Appearance* to be filed and served electronically through the CM/ECF system on all parties of record.

Respectfully submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
**Gibson Consumer Law Group, LLC**
4729 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com