BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY LITIGATION | MDL No. 3114 |

## PROOF OF SERVICE

The undersigned certifies that a copy of the "Notice of Appearance of Laurence D. King" was filed on this date, along with this Proof of Service. The Notice of Appearance of Laurence D. King, and this Proof of Service, are being served via United States *first class mail* upon the following:

N.D. Tex., 3:24-cv-00864-X, *Turner v. AT&T Inc.*

C. Shawn Cleveland
BAKER & HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX  75201

*Counsel for Defendant AT&T Inc.*

I am readily familiar with my firm's practice for the processing of United States *first class mail* and that process is that documents are placed in sealed envelopes, with postage prepaid thereon, addressed as indicated, and deposited with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

Dated: April 23, 2024         KAPLAN FOX & KILSHEIMER LLP

By: */s/ Laurence D. King*
        Laurence D. King

1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

*Counsel for Plaintiff Jennifer Turner*, Case No. 3:24-cv-00864-X (N.D. Tex.)