BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No.: 3114 |

**AMENDED PROOF OF SERVICE**

I, MaryBeth V. Gibson, hereby certify that on April 24, 2024, in accordance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, caused the foregoing ***Notice of Appearance*** [ECF 54] filed on April 23, 2024 to be served electronically through the CM/ECF system on all parties of record and served on Defendant DIRECTV *via* first class mail at the corporate headquarters' address below:

DIRECTV
c/o Michael Hartman
General Counsel
2260 E. Imperial Hwy.
El Segundo, CA 90245

Respectfully submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
**Gibson Consumer Law Group, LLC**
4729 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com