<div align="center">

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

</div>

| | |
|---|---|
| IN RE:<br><br>AT&T INC. CUSTOMER DATA<br>SECURITY BREACH LITIGATION | :<br>:<br>:<br>:   MDL NO. 3114<br>:<br>:<br>: |

<div align="center">

**RESPONSE OF AURORA ROSARIO IN SUPPORT OF CONSOLIDATION
PURSUANT TO 28 U.S.C. § 1407 AND
<u>TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF TEXAS</u>**

</div>

Aurora Rosario ("Plaintiff"), the lead plaintiff in *Rosario, et al. v. AT&T, Inc.*, N.D. Texas No. 3:24-cv-00793, respectfully submits this brief in response to the pending motion filed by Alex Petroski requesting transfer of all related actions to the Northern District of Texas for consolidation. [Doc. 2.]

Plaintiff agrees with Mr. Petroski that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that the Northern District of Texas is the most appropriate transferee district. For all the reasons ably articulated by Mr. Petroski's moving papers, which Plaintiff fully adopts as if restated herein, Plaintiff respectfully requests that this Honorable Panel transfer the related actions, as well as all subsequently filed related actions, to the Northern District of Texas for coordinated and consolidated pretrial proceedings.

Dated:  April 25, 2024              Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/Jeffrey S. Goldenberg</u>
Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242

</div>

Tel: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

*Attorney for Plaintiff, Aurora Rosario*