# EXHIBIT 1

**Table C-1.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Period Ending March 31, 2023**

| Circuit and District | Total | | | U.S. Cases | | | Private Cases | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filed | Terminated | Pending | Filed | Terminated | Pending | Filed | Terminated | Pending |
| Total | 284,220 | 338,983 | 583,543 | 43,466 | 45,289 | 39,667 | 240,754 | 293,694 | 543,876 |
| DC | 3,931 | 3,688 | 4,548 | 2,678 | 2,489 | 2,786 | 1,253 | 1,199 | 1,762 |
| 1st | 5,173 | 5,217 | 9,490 | 1,031 | 1,055 | 1,058 | 4,142 | 4,162 | 8,432 |
| ME | 506 | 445 | 420 | 126 | 104 | 107 | 380 | 341 | 313 |
| MA | 2,833 | 2,882 | 3,291 | 410 | 414 | 399 | 2,423 | 2,468 | 2,892 |
| NH | 669 | 425 | 3,948 | 202 | 121 | 166 | 467 | 304 | 3,782 |
| RI | 452 | 552 | 623 | 103 | 117 | 88 | 349 | 435 | 535 |
| PR | 713 | 913 | 1,208 | 190 | 299 | 298 | 523 | 614 | 910 |
| 2nd | 25,498 | 26,748 | 28,664 | 5,653 | 6,421 | 4,777 | 19,845 | 20,327 | 23,887 |
| CT | 1,659 | 1,862 | 1,824 | 343 | 379 | 276 | 1,316 | 1,483 | 1,548 |
| NY,N | 1,759 | 1,872 | 1,689 | 413 | 562 | 365 | 1,346 | 1,310 | 1,324 |
| NY,E | 8,719 | 8,131 | 9,428 | 2,873 | 2,683 | 1,754 | 5,846 | 5,448 | 7,674 |
| NY,S | 11,418 | 12,381 | 12,697 | 1,224 | 1,474 | 1,141 | 10,194 | 10,907 | 11,556 |
| NY,W | 1,719 | 2,250 | 2,760 | 708 | 1,220 | 1,171 | 1,011 | 1,030 | 1,589 |
| VT | 224 | 252 | 266 | 92 | 103 | 70 | 132 | 149 | 196 |
| 3rd | 22,053 | 24,083 | 76,404 | 2,624 | 2,878 | 2,563 | 19,429 | 21,205 | 73,841 |
| DE | 1,638 | 1,878 | 1,895 | 60 | 72 | 76 | 1,578 | 1,806 | 1,819 |
| NJ | 9,114 | 9,554 | 62,015 | 1,090 | 1,218 | 851 | 8,024 | 8,336 | 61,164 |
| PA,E | 6,084 | 7,371 | 6,944 | 542 | 609 | 746 | 5,542 | 6,762 | 6,198 |
| PA,M | 2,212 | 2,349 | 2,484 | 640 | 656 | 558 | 1,572 | 1,693 | 1,926 |
| PA,W | 2,877 | 2,731 | 2,632 | 271 | 306 | 232 | 2,606 | 2,425 | 2,400 |
| VI | 128 | 200 | 434 | 21 | 17 | 100 | 107 | 183 | 334 |
| 4th | 19,337 | 17,161 | 21,736 | 5,185 | 4,654 | 5,237 | 14,152 | 12,507 | 16,499 |
| MD | 3,638 | 4,013 | 4,047 | 938 | 1,092 | 879 | 2,700 | 2,921 | 3,168 |
| NC,E | 2,475 | 1,707 | 2,506 | 1,367 | 644 | 1,405 | 1,108 | 1,063 | 1,101 |
| NC,M | 1,184 | 1,204 | 912 | 446 | 432 | 324 | 738 | 772 | 588 |
| NC,W | 1,205 | 1,361 | 895 | 305 | 409 | 206 | 900 | 952 | 689 |
| SC | 4,931 | 3,252 | 7,242 | 535 | 624 | 598 | 4,396 | 2,628 | 6,644 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VA,E | | 3,042 | 3,019 | 2,481 | 602 | 581 | 510 | 2,440 | 2,438 | 1,971 |
| VA,W | | 1,258 | 1,151 | 1,047 | 221 | 253 | 230 | 1,037 | 898 | 817 |
| WV,N | | 816 | 723 | 609 | 458 | 406 | 255 | 358 | 317 | 354 |
| WV,S¹ | | 788 | 731 | 1,997 | 313 | 213 | 830 | 475 | 518 | 1,167 |
| | 5th | 34,353 | 40,035 | 42,406 | 3,483 | 3,660 | 3,084 | 30,870 | 36,375 | 39,322 |
| LA,E | | 5,352 | 9,110 | 16,423 | 163 | 156 | 144 | 5,189 | 8,954 | 16,279 |
| LA,M | | 1,205 | 976 | 1,270 | 59 | 56 | 91 | 1,146 | 920 | 1,179 |
| LA,W | | 5,807 | 4,242 | 6,098 | 214 | 199 | 313 | 5,593 | 4,043 | 5,785 |
| MS,N | | 744 | 807 | 561 | 283 | 251 | 150 | 461 | 556 | 411 |
| MS,S | | 1,471 | 1,630 | 1,334 | 171 | 198 | 167 | 1,300 | 1,432 | 1,167 |
| TX,N | | 5,384 | 9,285 | 3,937 | 935 | 1,057 | 663 | 4,449 | 8,228 | 3,274 |
| TX,E | | 3,194 | 3,093 | 3,176 | 311 | 408 | 386 | 2,883 | 2,685 | 2,790 |
| TX,S | | 6,407 | 6,015 | 5,656 | 754 | 766 | 660 | 5,653 | 5,249 | 4,996 |
| TX,W | | 4,789 | 4,877 | 3,951 | 593 | 569 | 510 | 4,196 | 4,308 | 3,441 |
| | 6th | 18,081 | 16,413 | 38,261 | 2,916 | 3,118 | 2,708 | 15,165 | 13,295 | 35,553 |
| KY,E | | 1,082 | 1,381 | 1,016 | 381 | 402 | 291 | 701 | 979 | 725 |
| KY,W | | 1,201 | 1,275 | 1,347 | 172 | 223 | 158 | 1,029 | 1,052 | 1,189 |
| MI,E | | 3,229 | 3,482 | 3,457 | 449 | 438 | 416 | 2,780 | 3,044 | 3,041 |
| MI,W | | 1,600 | 1,584 | 1,102 | 219 | 243 | 124 | 1,381 | 1,341 | 978 |
| OH,N | | 2,568 | 2,535 | 5,660 | 723 | 672 | 606 | 1,845 | 1,863 | 5,054 |
| OH,S | | 4,945 | 2,650 | 21,971 | 513 | 596 | 537 | 4,432 | 2,054 | 21,434 |
| TN,E | | 984 | 1,080 | 1,007 | 163 | 199 | 179 | 821 | 881 | 828 |
| TN,M | | 1,324 | 1,255 | 1,310 | 140 | 138 | 152 | 1,184 | 1,117 | 1,158 |
| TN,W | | 1,148 | 1,171 | 1,391 | 156 | 207 | 245 | 992 | 964 | 1,146 |
| | 7th | 21,330 | 19,635 | 31,354 | 2,964 | 3,470 | 2,897 | 18,366 | 16,165 | 28,457 |
| IL,N | | 8,175 | 7,979 | 9,946 | 1,287 | 1,471 | 1,385 | 6,888 | 6,508 | 8,561 |
| IL,C | | 1,364 | 1,309 | 1,646 | 181 | 173 | 235 | 1,183 | 1,136 | 1,411 |
| IL,S | | 3,591 | 1,332 | 4,838 | 228 | 280 | 243 | 3,363 | 1,052 | 4,595 |
| IN,N | | 2,104 | 2,243 | 1,863 | 383 | 499 | 316 | 1,721 | 1,744 | 1,547 |
| IN,S | | 3,665 | 4,034 | 10,666 | 457 | 532 | 390 | 3,208 | 3,502 | 10,276 |
| WI,E | | 1,624 | 1,735 | 1,596 | 232 | 313 | 174 | 1,392 | 1,422 | 1,422 |
| WI,W | | 807 | 1,003 | 799 | 196 | 202 | 154 | 611 | 801 | 645 |
| | 8th | 11,839 | 12,122 | 14,830 | 2,375 | 2,456 | 1,971 | 9,464 | 9,666 | 12,859 |
| AR,E | | 1,942 | 2,000 | 1,643 | 363 | 323 | 286 | 1,579 | 1,677 | 1,357 |
| AR,W | | 877 | 899 | 693 | 239 | 297 | 211 | 638 | 602 | 482 |
| IA,N | | 413 | 446 | 332 | 130 | 131 | 88 | 283 | 315 | 244 |
| IA,S | | 537 | 531 | 459 | 138 | 102 | 133 | 399 | 429 | 326 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MN | 3,263 | 3,232 | 7,524 | 496 | 416 | 396 | 2,767 | 2,816 | 7,128 |
| MO,E | 1,673 | 1,857 | 1,507 | 252 | 392 | 246 | 1,421 | 1,465 | 1,261 |
| MO,W | 1,858 | 1,903 | 1,335 | 408 | 446 | 329 | 1,450 | 1,457 | 1,006 |
| NE | 717 | 683 | 625 | 194 | 191 | 83 | 523 | 492 | 542 |
| ND | 238 | 215 | 308 | 84 | 58 | 103 | 154 | 157 | 205 |
| SD | 321 | 356 | 404 | 71 | 100 | 96 | 250 | 256 | 308 |
| 9th | 42,846 | 41,923 | 45,101 | 8,568 | 8,424 | 7,321 | 34,278 | 33,499 | 37,780 |
| AK | 453 | 495 | 361 | 87 | 105 | 119 | 366 | 390 | 242 |
| AZ | 3,176 | 3,267 | 2,805 | 818 | 904 | 672 | 2,358 | 2,363 | 2,133 |
| CA,N | 8,523 | 7,107 | 12,746 | 844 | 769 | 666 | 7,679 | 6,338 | 12,080 |
| CA,E | 3,982 | 4,070 | 5,812 | 787 | 952 | 1,015 | 3,195 | 3,118 | 4,797 |
| CA,C | 14,038 | 13,953 | 10,270 | 3,130 | 2,803 | 2,135 | 10,908 | 11,150 | 8,135 |
| CA,S | 2,369 | 2,404 | 2,213 | 412 | 431 | 370 | 1,957 | 1,973 | 1,843 |
| HI | 606 | 632 | 485 | 144 | 123 | 119 | 462 | 509 | 366 |
| ID | 530 | 562 | 664 | 105 | 130 | 121 | 425 | 432 | 543 |
| MT | 580 | 603 | 624 | 96 | 125 | 122 | 484 | 478 | 502 |
| NV | 2,675 | 2,869 | 3,330 | 252 | 254 | 373 | 2,423 | 2,615 | 2,957 |
| OR | 1,982 | 2,229 | 2,359 | 482 | 473 | 640 | 1,500 | 1,756 | 1,719 |
| WA,E | 909 | 931 | 684 | 509 | 551 | 340 | 400 | 380 | 344 |
| WA,W | 2,977 | 2,744 | 2,412 | 896 | 796 | 618 | 2,081 | 1,948 | 1,794 |
| GU | 26 | 31 | 286 | 3 | 4 | 8 | 23 | 27 | 278 |
| NMI | 20 | 26 | 50 | 3 | 4 | 3 | 17 | 22 | 47 |
| 10th | 9,068 | 9,565 | 9,167 | 1,660 | 1,891 | 1,730 | 7,408 | 7,674 | 7,437 |
| CO | 3,377 | 3,413 | 2,968 | 458 | 443 | 410 | 2,919 | 2,970 | 2,558 |
| KS | 1,254 | 1,351 | 935 | 217 | 247 | 224 | 1,037 | 1,104 | 711 |
| NM | 1,024 | 1,142 | 1,235 | 198 | 306 | 243 | 826 | 836 | 992 |
| OK,N | 569 | 681 | 624 | 145 | 166 | 150 | 424 | 515 | 474 |
| OK,E | 412 | 418 | 491 | 144 | 189 | 189 | 268 | 229 | 302 |
| OK,W | 1,130 | 1,100 | 1,076 | 235 | 216 | 216 | 895 | 884 | 860 |
| UT | 1,051 | 1,192 | 1,452 | 232 | 284 | 255 | 819 | 908 | 1,197 |
| WY | 251 | 268 | 386 | 31 | 40 | 43 | 220 | 228 | 343 |
| 11th | 70,711 | 122,393 | 261,582 | 4,329 | 4,773 | 3,535 | 66,382 | 117,620 | 258,047 |
| AL,N | 1,699 | 1,839 | 1,960 | 293 | 341 | 365 | 1,406 | 1,498 | 1,595 |
| AL,M | 788 | 994 | 977 | 110 | 182 | 175 | 678 | 812 | 802 |
| AL,S | 496 | 558 | 505 | 62 | 80 | 77 | 434 | 478 | 428 |
| FL,N | 31,241 | 79,326 | 240,988 | 114 | 151 | 122 | 31,127 | 79,175 | 240,866 |
| FL,M | 8,626 | 9,004 | 6,227 | 1,658 | 1,695 | 1,388 | 6,968 | 7,309 | 4,839 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FL,S | 19,561 | 19,821 | 3,883 | 876 | 927 | 497 | 18,685 | 18,894 | 3,386 |
| GA,N | 6,133 | 8,360 | 5,333 | 777 | 877 | 594 | 5,356 | 7,483 | 4,739 |
| GA,M | 1,172 | 1,249 | 958 | 196 | 229 | 170 | 976 | 1,020 | 788 |
| GA,S | 995 | 1,242 | 751 | 243 | 291 | 147 | 752 | 951 | 604 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.

¹ The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.