# EXHIBIT 3

**Table T-3.**
**U.S. District Courts—Time Intervals from Filing Date to Beginning Date for Completed Civil Trials, by District, During the 12-Month Period Ending March 31, 2023**

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials [2] | | Other Civil Cases[3] |
|---|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | |
| Total | 1,938 | 35.0 | 540 | 31.2 | 1,398 | 36.8 | 1590 |
| DC | 16 | 53.5 | 2 | - | 14 | 54.1 | 25 |
| 1st | 72 | 32.8 | 20 | 27.2 | 52 | 35.8 | 49 |
| ME | 6 | - | 1 | - | 5 | - | 22 |
| MA | 45 | 32.8 | 11 | 24.8 | 34 | 39.1 | 11 |
| NH | 6 | - | 2 | - | 4 | - | 8 |
| RI | 8 | - | 3 | - | 5 | - | 1 |
| PR | 7 | - | 3 | - | 4 | - | 7 |
| 2nd | 219 | 54.9 | 57 | 49.4 | 162 | 56.0 | 138 |
| CT | 26 | 40.6 | 7 | - | 19 | 41.4 | 23 |
| NY,N | 24 | 64.3 | 2 | - | 22 | 63.6 | 11 |
| NY,E | 50 | 64.1 | 13 | 73.0 | 37 | 62.1 | 32 |
| NY,S | 104 | 47.8 | 32 | 35.1 | 72 | 50.6 | 64 |
| NY,W | 12 | 58.0 | 1 | - | 11 | 58.3 | 3 |
| VT | 3 | - | 2 | - | 1 | - | 5 |
| 3rd | 164 | 31.2 | 55 | 29.1 | 109 | 33.6 | 138 |
| DE | 42 | 33.7 | 22 | 30.8 | 20 | 41.1 | 27 |
| NJ | 31 | 50.1 | 17 | 29.1 | 14 | 64.6 | 37 |
| PA,E | 64 | 23.5 | 12 | 16.9 | 52 | 23.9 | 38 |
| PA,M | 8 | - | 1 | - | 7 | - | 13 |
| PA,W | 18 | 33.3 | 3 | - | 15 | 32.3 | 18 |
| VI | 1 | - | - | - | 1 | - | 5 |
| 4th | 146 | 32.6 | 44 | 31.0 | 102 | 35.4 | 140 |
| MD | 26 | 38.8 | 8 | - | 18 | 42.7 | 16 |
| NC,E | 15 | 32.7 | 8 | - | 7 | - | 57 |
| NC,M | 9 | - | 2 | - | 7 | - | 9 |
| NC,W | 19 | 36.0 | 2 | - | 17 | 36.0 | 5 |
| SC | 20 | 43.3 | 4 | - | 16 | 43.3 | 15 |
| VA,E | 21 | 23.2 | 6 | - | 15 | 21.0 | 10 |
| VA,W | 17 | 36.6 | 5 | - | 12 | 36.5 | 10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WV,N | 8 | - | 4 | - | 4 | - | 17 |
| WV,S | 11 | 26.9 | 5 | - | 6 | - | 1 |
| **5th** | **284** | **27.2** | **81** | **26.9** | **203** | **27.3** | **264** |
| LA,E | 26 | 25.6 | 9 | - | 17 | 31.0 | 12 |
| LA,M | 12 | 44.3 | 2 | - | 10 | 44.3 | 14 |
| LA,W | 29 | 33.6 | 13 | 33.6 | 16 | 33.4 | 27 |
| MS,N | 5 | - | - | - | 5 | - | 9 |
| MS,S | 18 | 32.6 | 2 | - | 16 | 32.6 | 51 |
| TX,N | 36 | 26.9 | 8 | - | 28 | 25.7 | 44 |
| TX,E | 42 | 19.0 | 6 | - | 36 | 18.0 | 44 |
| TX,S | 71 | 30.7 | 34 | 27.6 | 37 | 31.4 | 31 |
| TX,W | 45 | 28.2 | 7 | - | 38 | 32.3 | 32 |
| **6th** | **138** | **39.9** | **33** | **36.4** | **105** | **40.8** | **138** |
| KY,E | 5 | - | 3 | - | 2 | - | 4 |
| KY,W | 9 | - | 5 | - | 4 | - | 9 |
| MI,E | 37 | 48.4 | 7 | - | 30 | 52.9 | 31 |
| MI,W | 15 | 34.9 | 3 | - | 12 | 37.0 | 10 |
| OH,N | 13 | 37.1 | 6 | - | 7 | - | 14 |
| OH,S | 15 | 46.1 | 2 | - | 13 | 42.5 | 33 |
| TN,E | 13 | 33.0 | - | - | 13 | 33.0 | 13 |
| TN,M | 12 | 30.7 | 1 | - | 11 | 28.9 | 7 |
| TN,W | 19 | 29.8 | 6 | - | 13 | 28.0 | 17 |
| **7th** | **132** | **44.3** | **26** | **40.7** | **106** | **46.7** | **91** |
| IL,N | 40 | 53.5 | 9 | - | 31 | 57.5 | 36 |
| IL,C | 21 | 43.3 | 4 | - | 17 | 43.3 | 10 |
| IL,S | 11 | 40.1 | 2 | - | 9 | - | 10 |
| IN,N | 16 | 50.3 | 2 | - | 14 | 50.3 | 7 |
| IN,S | 13 | 43.0 | 5 | - | 8 | - | 20 |
| WI,E | 16 | 41.3 | 2 | - | 14 | 41.4 | 3 |
| WI,W | 15 | 24.5 | 2 | - | 13 | 22.7 | 5 |
| **8th** | **105** | **31.4** | **31** | **33.5** | **74** | **31.3** | **94** |
| AR,E | 27 | 31.2 | 13 | 33.5 | 14 | 30.8 | 5 |
| AR,W | 8 | - | 4 | - | 4 | - | 9 |
| IA,N | 3 | - | - | - | 3 | - | 6 |
| IA,S | 6 | - | 2 | - | 4 | - | 4 |
| MN | 15 | 40.5 | 4 | - | 11 | 38.7 | 8 |
| MO,E | 14 | 39.3 | 4 | - | 10 | 41.6 | 12 |
| MO,W | 19 | 22.3 | 3 | - | 16 | 27.8 | 31 |
| NE | 6 | - | - | - | 6 | - | 5 |
| ND | 2 | - | - | - | 2 | - | 5 |

|       |     |      |     |      |     |      |     |
|-------|-----|------|-----|------|-----|------|-----|
| SD    | 5   | -    | 1   | -    | 4   | -    | 9   |
| **9th** | **354** | **36.3** | **110** | **29.5** | **244** | **38.2** | **170** |
| AK    | 2   | -    | -   | -    | 2   | -    | 2   |
| AZ    | 33  | 38.7 | 7   | -    | 26  | 39.0 | 43  |
| CA,N  | 31  | 37.1 | 12  | 32.3 | 19  | 37.1 | 33  |
| CA,E  | 22  | 57.2 | 4   | -    | 18  | 57.2 | 2   |
| CA,C  | 134 | 25.8 | 45  | 22.9 | 89  | 26.5 | 31  |
| CA,S  | 26  | 46.0 | 6   | -    | 20  | 55.7 | 3   |
| HI    | 10  | 38.3 | 3   | -    | 7   | -    | 5   |
| ID    | 10  | 35.7 | 2   | -    | 8   | -    | 4   |
| MT    | 9   | -    | 3   | -    | 6   | -    | 9   |
| NV    | 22  | 51.9 | 10  | 51.5 | 12  | 52.7 | 12  |
| OR    | 19  | 46.3 | 2   | -    | 17  | 47.1 | 7   |
| WA,E  | 9   | -    | 2   | -    | 7   | -    | 2   |
| WA,W  | 23  | 30.1 | 11  | 26.7 | 12  | 37.7 | 11  |
| GU    | 1   | -    | -   | -    | 1   | -    | 0   |
| NMI   | 3   | -    | 3   | -    | -   | -    | 6   |
| **10th** | **84** | **34.1** | **14** | **31.7** | **70** | **34.6** | **79** |
| CO    | 29  | 35.9 | 2   | -    | 27  | 34.6 | 20  |
| KS    | 13  | 30.4 | 1   | -    | 12  | 34.0 | 14  |
| NM    | 5   | -    | 3   | -    | 2   | -    | 6   |
| OK,N  | 2   | -    | -   | -    | 2   | -    | 5   |
| OK,E  | 1   | -    | -   | -    | 1   | -    | 4   |
| OK,W  | 13  | 26.9 | 2   | -    | 11  | 26.9 | 11  |
| UT    | 14  | 53.3 | 6   | -    | 8   | -    | 15  |
| WY    | 7   | -    | -   | -    | 7   | -    | 4   |
| **11th** | **224** | **29.6** | **67** | **28.6** | **157** | **29.9** | **264** |
| AL,N  | 17  | 32.7 | 3   | -    | 14  | 31.0 | 16  |
| AL,M  | 11  | 34.4 | 3   | -    | 8   | -    | 15  |
| AL,S  | 11  | 22.8 | 4   | -    | 7   | -    | 14  |
| FL,N  | 17  | 27.0 | 6   | -    | 11  | 27.7 | 17  |
| FL,M  | 43  | 34.4 | 13  | 36.6 | 30  | 31.4 | 39  |
| FL,S  | 68  | 22.6 | 22  | 21.4 | 46  | 22.9 | 60  |
| GA,N  | 39  | 33.9 | 13  | 29.5 | 26  | 34.5 | 82  |
| GA,M  | 13  | 33.0 | 2   | -    | 11  | 26.2 | 13  |
| GA,S  | 5   | -    | 1   | -    | 4   | -    | 8   |

NOTE: This table includes trials conducted by district and appellate judges only; all trials conducted by magistrate judges are excluded. For civil cases resulting in a completed trial, the median time is based on original filing date to date trial began. Civil Trials exclude bankruptcy and miscellaneous civil cases.
[1] Time intervals computed only for 10 or more trials. The minimum median is 1 day.
[2] Jury and summary jury trials
[3] The "other civil cases" category includes trials in civil cases addressing bankruptcy, miscellaneous civil cases, and other civil cases for which trials took place, but does not include trials involving land condemnation.