# EXHIBIT 4

## U.S. District Court — Judicial Caseload Profile

**TEXAS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings¹ | 7,613 | 7,538 | 8,504 | 7,688 | 7,259 | 7,012 | | |
| | | Terminations | 7,270 | 7,365 | 10,495 | 10,214 | 12,632 | 7,550 | | |
| | | Pending | 15,936 | 16,089 | 14,153 | 11,649 | 6,234 | 5,672 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -7.9 | -7.0 | -17.5 | -8.8 | -3.4 | | 74 | 7 |
| | | Number of Judgeships | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | | Vacant Judgeship Months² | 47.1 | 39.7 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 634 | 628 | 709 | 641 | 605 | 584 | 23 | 6 |
| | | Civil | 462 | 441 | 536 | 480 | 441 | 440 | 25 | 4 |
| | | Criminal Felony | 138 | 155 | 148 | 128 | 123 | 107 | 21 | 4 |
| | | Supervised Release Hearings | 35 | 32 | 25 | 33 | 40 | 38 | 37 | 3 |
| | Pending Cases² | | 1,328 | 1,341 | 1,179 | 971 | 520 | 473 | 45 | 8 |
| | Weighted Filings² | | 584 | 593 | 649 | 594 | 564 | 542 | 25 | 7 |
| | Terminations | | 606 | 614 | 875 | 851 | 1,053 | 629 | 13 | 4 |
| | Trials Completed | | 20 | 18 | 13 | 17 | 15 | 14 | 51 | 7 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 7.2 | 7.3 | 7.8 | 10.1 | 9.6 | 9.1 | 14 | 3 |
| | | Civil² | 7.0 | 7.6 | 13.7 | 16.7 | 55.1 | 6.5 | 19 | 2 |
| | From Filing to Trial² (Civil Only) | | 26.2 | 17.6 | 27.4 | 26.8 | 23.6 | 27.3 | 10 | 4 |
| Other | Number (and %) of Civil Cases Over 3 Years Old² | | 8,385 60.0 | 8,772 62.8 | 7,038 60.2 | 5,053 54.0 | 433 10.4 | 430 11.1 | 50 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.5 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 49.6 | 58.4 | 49.2 | 46.4 | 38.6 | 48.9 | | |
| | | Percent Not Selected or Challenged | 36.0 | 49.6 | 37.0 | 37.5 | 48.1 | 50.7 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 5,279 | 79 | 54 | 1,651 | 19 | 138 | 173 | 834 | 621 | 308 | 622 | 3 | 777 |
| Criminal¹ | 1,279 | 73 | 507 | 130 | 246 | 120 | 29 | 67 | 1 | 37 | 14 | 32 | 23 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings¹ | 4,020 | 4,051 | 4,301 | 4,421 | 4,260 | 4,222 | | |
| | | Terminations | 3,879 | 3,908 | 3,885 | 3,940 | 3,936 | 3,995 | | |
| | | Pending | 5,145 | 5,080 | 5,510 | 6,001 | 6,325 | 6,568 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.0 | 4.2 | -1.8 | -4.5 | -0.9 | | 65 | 6 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months² | 42.2 | 15.2 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 503 | 506 | 538 | 553 | 533 | 528 | 31 | 7 |
| | | Civil | 388 | 375 | 387 | 398 | 386 | 413 | 27 | 5 |
| | | Criminal Felony | 114 | 130 | 149 | 154 | 146 | 115 | 20 | 3 |
| | | Supervised Release Hearings | 1 | 1 | 2 | 0 | 1 | 0 | 93 | 9 |
| | Pending Cases² | | 643 | 635 | 689 | 750 | 791 | 821 | 16 | 2 |
| | Weighted Filings² | | 581 | 569 | 630 | 666 | 663 | 676 | 12 | 5 |
| | Terminations | | 485 | 489 | 486 | 493 | 492 | 499 | 32 | 6 |
| | Trials Completed | | 12 | 11 | 12 | 14 | 16 | 13 | 55 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 10.2 | 12.6 | 13.8 | 18.0 | 22.0 | 84 | 9 |
| | | Civil² | 8.9 | 8.9 | 8.9 | 8.0 | 9.0 | 8.0 | 38 | 5 |
| | From Filing to Trial² (Civil Only) | | 19.0 | 17.8 | 17.5 | 23.0 | 19.0 | 21.4 | 3 | 1 |
| | Number (and %) of Civil Cases Over 3 Years Old² | | 239 6.7 | 260 7.7 | 254 7.7 | 280 8.6 | 259 7.9 | 279 8.0 | 35 | 5 |
| **Other** | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.5 | 1.8 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.5 | 42.9 | 50.9 | 44.7 | 48.6 | 57.7 | | |
| | | Percent Not Selected or Challenged | 38.0 | 31.1 | 37.4 | 43.7 | 44.8 | 47.7 | | |

Numerical Standing Within

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,301 | 64 | 34 | 861 | 12 | 83 | 79 | 358 | 311 | 776 | 315 | 3 | 405 |
| Criminal¹ | 918 | 28 | 393 | 66 | 191 | 118 | 30 | 24 | 2 | 12 | 4 | 4 | 46 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 10,328 | 10,093 | 9,578 | 8,316 | 8,545 | 18,273 | | |
| | | Terminations | 10,834 | 10,930 | 12,510 | 8,826 | 8,872 | 9,072 | | |
| | | Pending | 16,705 | 15,874 | 12,910 | 12,341 | 12,018 | 21,229 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 76.9 | 81.0 | 90.8 | 119.7 | 113.8 | | 5 | 1 |
| | | Number of Judgeships | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | | Vacant Judgeship Months ² | 42.0 | 45.0 | 18.4 | 14.8 | 6.7 | 29.1 | | |
| **Actions per Judgeship** | **Filings** | Total | 469 | 459 | 435 | 378 | 388 | 831 | 9 | 2 |
| | | Civil | 419 | 409 | 388 | 335 | 355 | 798 | 6 | 2 |
| | | Criminal Felony | 41 | 39 | 38 | 31 | 23 | 23 | 93 | 7 |
| | | Supervised Release Hearings | 9 | 11 | 10 | 12 | 11 | 10 | 85 | 6 |
| | Pending Cases ² | | 759 | 722 | 587 | 561 | 546 | 965 | 13 | 3 |
| | Weighted Filings ² | | 446 | 432 | 424 | 378 | 386 | 729 | 7 | 2 |
| | Terminations | | 492 | 497 | 569 | 401 | 403 | 412 | 57 | 7 |
| | Trials Completed | | 9 | 10 | 4 | 8 | 8 | 11 | 63 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 18.2 | 15.4 | 20.7 | 22.6 | 24.4 | 29.2 | 92 | 7 |
| | | Civil ² | 7.5 | 8.4 | 21.3 | 7.4 | 6.9 | 5.7 | 10 | 1 |
| | From Filing to Trial ² (Civil Only) | | 38.3 | 39.0 | 35.2 | 53.1 | 53.5 | 56.9 | 55 | 7 |
| | Number (and %) of Civil Cases Over 3 Years Old ² | | 4,289 29.1 | 5,067 36.9 | 1,570 14.9 | 1,749 17.6 | 2,194 22.2 | 2,489 13.0 | 59 | 6 |
| **Other** | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.4 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 45.3 | 49.6 | 53.3 | 107.1 | 102.6 | 77.3 | | |
| | | Percent Not Selected or Challenged | 36.7 | 43.3 | 41.8 | 70.5 | 69.6 | 54.3 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 17,548 | 437 | 8,348 | 1,022 | 2 | 58 | 706 | 910 | 1,337 | 1,606 | 1,530 | 27 | 1,565 |
| Criminal ¹ | 514 | 9 | 157 | 21 | 114 | 68 | 65 | 16 | 3 | 8 | 13 | 3 | 37 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MISSOURI WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,144 | 3,281 | 3,102 | 3,072 | 2,849 | 2,868 | | |
| | Terminations | | 3,116 | 3,165 | 2,770 | 3,093 | 3,004 | 3,196 | | |
| | Pending | | 2,704 | 2,824 | 3,140 | 3,161 | 3,024 | 2,683 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -8.8 | -12.6 | -7.5 | -6.6 | 0.7 | | 58 | 6 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 524 | 547 | 517 | 512 | 475 | 478 | 39 | 3 |
| | | Civil | 337 | 336 | 337 | 334 | 300 | 315 | 47 | 3 |
| | | Criminal Felony | 137 | 153 | 131 | 119 | 120 | 102 | 22 | 7 |
| | | Supervised Release Hearings | 50 | 58 | 49 | 60 | 55 | 61 | 21 | 7 |
| | Pending Cases [2] | | 451 | 471 | 523 | 527 | 504 | 447 | 49 | 5 |
| | Weighted Filings [2] | | 485 | 507 | 467 | 488 | 411 | 425 | 42 | 5 |
| | Terminations | | 519 | 528 | 462 | 516 | 501 | 533 | 26 | 3 |
| | Trials Completed | | 31 | 31 | 21 | 19 | 18 | 13 | 55 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.4 | 14.8 | 17.3 | 19.3 | 21.0 | 22.3 | 87 | 9 |
| | | Civil [2] | 7.4 | 7.0 | 7.2 | 6.9 | 8.2 | 6.1 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 23.8 | 25.0 | - | 27.1 | 27.3 | 29.1 | 14 | 1 |
| | Number (and %) of Civil Cases Over 3 Years Old [2] | | 83 5.6 | 117 8.3 | 130 8.2 | 125 8.2 | 112 7.5 | 140 9.8 | 45 | 8 |
| **Other** | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.5 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 40.5 | 44.7 | 38.0 | 52.9 | 37.3 | 38.7 | | |
| | | Percent Not Selected or Challenged | 17.6 | 18.7 | 23.4 | 36.0 | 26.4 | 25.7 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,891 | 248 | 44 | 418 | 15 | 7 | 105 | 201 | 268 | 37 | 338 | 3 | 207 |
| Criminal [1] | 614 | 1 | 185 | 10 | 237 | 54 | 15 | 68 | 1 | 17 | 10 | 4 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 5,861 | 5,128 | 4,859 | 4,820 | 4,557 | 5,301 | | |
| | | Terminations | 5,768 | 5,195 | 4,544 | 4,488 | 4,726 | 5,344 | | |
| | | Pending | 7,448 | 7,403 | 7,704 | 8,030 | 7,845 | 7,801 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -9.6 | 3.4 | 9.1 | 10.0 | 16.3 | | 20 | 3 |
| | | Number of Judgeships | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | | Vacant Judgeship Months ² | 0.0 | 0.5 | 22.9 | 24.0 | 20.5 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 977 | 855 | 810 | 803 | 760 | 884 | 7 | 1 |
| | | Civil | 820 | 713 | 711 | 695 | 639 | 781 | 7 | 1 |
| | | Criminal Felony | 94 | 95 | 64 | 68 | 69 | 51 | 65 | 8 |
| | | Supervised Release Hearings | 63 | 47 | 36 | 41 | 52 | 52 | 28 | 6 |
| | Pending Cases ² | | 1,241 | 1,234 | 1,284 | 1,338 | 1,308 | 1,300 | 7 | 1 |
| | Weighted Filings ² | | 822 | 745 | 700 | 695 | 673 | 723 | 8 | 1 |
| | Terminations | | 961 | 866 | 757 | 748 | 788 | 891 | 4 | 1 |
| | Trials Completed | | 15 | 13 | 6 | 8 | 18 | 16 | 38 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.4 | 19.2 | 20.8 | 24.1 | 32.7 | 30.3 | 93 | 15 |
| | | Civil ² | 7.8 | 10.0 | 9.5 | 10.0 | 11.3 | 10.1 | 70 | 11 |
| | From Filing to Trial ² (Civil Only) | | 45.8 | 32.2 | - | - | 57.2 | 68.3 | 57 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 738 13.1 | 741 13.3 | 874 14.9 | 987 16.3 | 1,088 18.7 | 1,096 18.6 | 74 | 11 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 41.3 | 41.1 | 52.0 | 62.8 | 56.9 | 41.3 | | |
| | | Percent Not Selected or Challenged | 34.5 | 36.7 | 45.8 | 40.0 | 49.2 | 39.4 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,684 | 459 | 57 | 2,130 | 12 | 61 | 175 | 304 | 226 | 145 | 679 | 6 | 430 |
| Criminal ¹ | 305 | - | 126 | 8 | 61 | 33 | 26 | 21 | 1 | 7 | 7 | 2 | 13 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**OKLAHOMA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,861 | 1,913 | 1,858 | 1,837 | 1,903 | 1,969 | | |
| | | Terminations | 1,898 | 1,845 | 1,701 | 1,883 | 1,802 | 1,996 | | |
| | | Pending | 1,522 | 1,592 | 1,752 | 1,708 | 1,813 | 1,790 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.8 | 2.9 | 6.0 | 7.2 | 3.5 | | 46 | 3 |
| | | Number of Judgeships | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | | Vacant Judgeship Months [2] | 25.8 | 30.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 310 | 319 | 310 | 306 | 317 | 328 | 76 | 6 |
| | | Civil | 216 | 207 | 225 | 206 | 187 | 204 | 73 | 5 |
| | | Criminal Felony | 69 | 79 | 56 | 70 | 99 | 95 | 25 | 5 |
| | | Supervised Release Hearings | 25 | 33 | 29 | 31 | 31 | 29 | 54 | 7 |
| | Pending Cases [2] | | 254 | 265 | 292 | 285 | 302 | 298 | 84 | 7 |
| | Weighted Filings [2] | | 291 | 291 | 283 | 291 | 313 | 319 | 71 | 6 |
| | Terminations | | 316 | 308 | 284 | 314 | 300 | 333 | 77 | 6 |
| | Trials Completed | | 25 | 22 | 16 | 21 | 20 | 27 | 12 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.5 | 9.0 | 10.4 | 12.6 | 13.1 | 11.9 | 37 | 4 |
| | | Civil [2] | 8.6 | 8.5 | 8.3 | 10.0 | 10.0 | 8.8 | 51 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 23.0 | - | - | 26.3 | 26.9 | - | - | - |
| | Number (and %) of Civil Cases Over 3 Years Old [2] | | 50 4.7 | 51 5.0 | 58 4.8 | 55 4.9 | 57 5.5 | 71 6.4 | 28 | 1 |
| **Other** | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.4 | 1.3 | 1.4 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 42.0 | 41.7 | 32.6 | 41.1 | 42.4 | 38.2 | | |
| | | Percent Not Selected or Challenged | 34.5 | 39.0 | 24.1 | 32.4 | 35.6 | 24.2 | | |

| 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,225 | 136 | 18 | 277 | 5 | 16 | 27 | 244 | 135 | 12 | 209 | - | 146 |
| Criminal [1] | 570 | 15 | 158 | 94 | 163 | 32 | 29 | 40 | 4 | 12 | 5 | 6 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**GEORGIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 7,773 | 7,693 | 7,109 | 7,115 | 6,797 | 7,711 | | |
| | | Terminations | 6,911 | 6,579 | 6,116 | 6,740 | 9,488 | 8,559 | | |
| | | Pending | 7,000 | 8,060 | 9,046 | 9,398 | 6,663 | 5,795 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -0.8 | 0.2 | 8.5 | 8.4 | 13.4 | | 25 | 3 |
| | | Number of Judgeships | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | | Vacant Judgeship Months ² | 31.0 | 13.6 | 0.0 | 16.7 | 5.5 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 707 | 699 | 646 | 647 | 618 | 701 | 16 | 4 |
| | | Civil | 618 | 612 | 567 | 563 | 548 | 632 | 12 | 3 |
| | | Criminal Felony | 72 | 66 | 64 | 66 | 50 | 50 | 67 | 9 |
| | | Supervised Release Hearings | 16 | 22 | 16 | 17 | 20 | 19 | 70 | 7 |
| | Pending Cases ² | | 636 | 733 | 822 | 854 | 606 | 527 | 37 | 3 |
| | Weighted Filings ² | | 635 | 619 | 591 | 562 | 538 | 637 | 16 | 4 |
| | Terminations | | 628 | 598 | 556 | 613 | 863 | 778 | 5 | 3 |
| | Trials Completed | | 19 | 16 | 11 | 17 | 22 | 20 | 25 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.6 | 9.0 | 11.0 | 10.9 | 14.8 | 15.9 | 61 | 9 |
| | | Civil ² | 6.5 | 6.4 | 6.0 | 5.6 | 10.8 | 6.8 | 20 | 3 |
| | From Filing to Trial ² (Civil Only) | | 27.0 | 30.3 | 31.8 | 37.0 | 36.0 | 31.0 | 19 | 6 |
| | Number (and %) of Civil Cases Over 3 Years Old ² | | 96 1.7 | 134 2.0 | 506 6.7 | 1,739 22.2 | 1,091 20.5 | 272 6.0 | 21 | 2 |
| **Other** | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.3 | 1.2 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 39.6 | 42.1 | 19.4 | 37.6 | 51.5 | 41.5 | | |
| | | Percent Not Selected or Challenged | 39.9 | 36.2 | 33.6 | 25.4 | 41.3 | 36.8 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,955 | 244 | 1,024 | 876 | 26 | 447 | 237 | 569 | 804 | 283 | 1,234 | 6 | 1,205 |
| Criminal ¹ | 550 | 1 | 231 | 49 | 95 | 64 | 8 | 32 | 1 | 12 | 8 | 21 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."