# EXHIBIT 6

# Overview



© 2024 Thomson Reuters. No claim to original U.S. Government Works.



© 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Position
Senior Judge, since July 01, 2019
United States District Court, Western Oklahoma

## Contact
**Phone**
(405) 609-5600
**Fax**
(405) 609-5607
**Email**
heaton-orders@okwd.uscourts.gov
**Website**
http://www.okwd.uscourts.gov/

## Address
William J. Holloway, Jr. United States Courthouse
200 NorthWest 4th Street
Rm 2301, Courtroom 201 (Second Floor)
Oklahoma City, Oklahoma 73102
Oklahoma County
U.S.A.

## Career Timeline

- 2015 - United States District Court, Western Oklahoma, Chief Judge, 2015 - 2019
- 1996 - U.S. Attorney's Office, Western District of Oklahoma, First Assistant U.S. Attorney, 1996 - 2001
- 1993 - Private Practice, Oklahoma City, Oklahoma, Attorney, 1993 - 1996
- 1992 - U.S. Attorney's Office, Western District of Oklahoma, Special Assistant U.S. Attorney & U.S. Attorney, 1992 - 1993
- 1984 - Oklahoma House of Representatives, State Representative, 1984 - 1992
- 1978 - U.S. Federal Courts
- 1977 - American Bar Association, Member, 1977 - Present
  Oklahoma County Bar Association, Member, 1977 - Present
  Private Practice, Oklahoma City, Oklahoma, Attorney, 1977 - 1992
- 1976 - Oklahoma
  Oklahoma Bar Association, Member, 1976 - Present
  U.S. Sen. Dewey F. Bartlett, Oklahoma, Legislative Assistant, 1976 - 1977

## Past positions

Oklahoma House of Representatives, State Representative, 1984 - 1992

Private Practice, Oklahoma City, Oklahoma, Attorney, 1977 - 1992

Private Practice, Oklahoma City, Oklahoma, Attorney, 1993 - 1996

U.S. Attorney's Office, Western District of Oklahoma, Special Assistant U.S. Attorney & U.S. Attorney, 1992 - 1993

U.S. Attorney's Office, Western District of Oklahoma, First Assistant U.S. Attorney, 1996 - 2001

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

U.S. Sen. Dewey F. Bartlett, Oklahoma, Legislative Assistant, 1976 - 1977

United States District Court, Western Oklahoma, Chief Judge, 2015 - 2019

**Education**

University of Oklahoma College of Law, Norman, Oklahoma, United States of America, 1976

J.D., Doctor of Jurisprudence

Honors: Order of the Coif

Law Review: University of Oklahoma Law Review

Northwestern Oklahoma State University, Alva, Oklahoma, United States of America, 1973

B.A., Bachelor of Arts

**Admitted**

Oklahoma, 1976

U.S. Federal Courts, 1978

© 2024 Thomson Reuters. No claim to original U.S. Government Works.