**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |

**INTERESTED PARTY SAM KNIGHT AND LACRISTA A. BAGLEY
<u>NOTICE OF ERRATA</u>**

Interested Party Sam Knight, the named plaintiff in the action styled *Knight v. AT&T Inc.*, No. CIV-24-324 (W.D. Okla.), and Interested Party Lacrista A. Bagley, the named plaintiff in the action styled *Bagley v. AT&T Inc.*, No. 3:34-cv-00770 (N.D. Tex.), by and through counsel, amend Interested Party Response of Plaintiffs Sam Knight and Lacrista Bagley in Opposition to Plaintiff Alec Petroski's Motion for Transfer and Centralization of Related Actions to the Northern District of Texas Pursuant to 28 U.S. § 1407 for Consolidated Pretrial Proceedings filed on April 25, 2024 (ECF No. 59).

Date: April 25, 2024                                   Respectfully Submitted,

*/s/ Kennedy M. Brian*
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: kpb@federmanlaw.com
*Attorney for Plaintiff Sam Knight*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
*Attorney for Plaintiff Lacrista A. Bagley*

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on April 25, 2024, I caused a true and correct copy of the foregoing to be filed and served electronically with the Clerk of the Court for the JPML using the CM/ECF System or via email on all counsel or parties as follows:

| **SERVICE VIA ELECTRONIC MAIL TO** | |
|---|---|
| Bruce W. Steckler<br>STECKLER WAYNE & LOVE, PLLC<br>12720 Hillcrest Road,<br>Suite 1045<br>Dallas, TX 75230<br>(972) 387-4040<br>(972) 387-4041 (fax)<br>bruce@swclaw.com<br><br>Counsel for Plaintiff: Nicholas Nelli<br>N.D. Tex. Case No. 3:24-cv-00759<br><br>Counsel for Plaintiff: Matthew Barkley<br>N.D. Tex. Case No. 3:24-cv-00769<br><br>Counsel for Plaintiff: Patricia Dean<br>N.D. Tex. Case No. 3:24-cv-00776<br><br>Counsel for Plaintiff: Ryan Aquino<br>N.D. Tex. Case No. 3:24-cv-00802<br><br>Counsel for Plaintiffs: Joseph Casey and Raquel Agee | Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek,<br>Suite 825<br>Dallas, TX 75219<br>(214) 744-3000<br>(214) 744-3015 (fax)<br>jkendall@kendalllawgroup.com<br><br>Counsel for Plaintiff: Alex Petroski<br>N.D. Tex. Case No. 3:24-cv-00757<br><br>Counsel for Plaintiff: Andrew March<br>N.D. Tex. Case No. 3:24-cv-00758<br><br>Counsel for Plaintiff: Mike Montoya<br>N.D. Tex. Case No. 3:24-cv-00760<br><br>Counsel for Plaintiffs: Jeffrey Cumo and Tiara Alston<br>N.D. Tex. Case No. 3:24-cv-00772 |

| | |
|---|---|
| N.D. Tex. Case No. 3:24-cv-00803<br><br>Counsel for Plaintiff: Brandon Huyler<br>N.D. Tex. Case No. 3:24-cv-00847 | Counsel for Plaintiffs: Richard Slovenkay and Wesley Hansen<br>N.D. Tex. Case No. 3:24-cv-00774<br><br>Counsel for Plaintiff: Alison Williamson<br>N.D. Tex. Case No. 3:24-cv-00790<br><br>Counsel for Plaintiff: Aurora Rosario<br>N.D. Tex. Case No. 3:24-cv-00793<br><br>Counsel for Plaintiffs: Dan Hearon, Geri Sherwood and Kylin Smith<br>N.D. Tex. Case No. 3:24-cv-00818<br><br>Counsel for Plaintiff: Scott Mathews<br>N.D. Tex. Case No. 3:24-cv-00824<br><br>Counsel for Plaintiff: Paola Williams<br>N.D. Tex. Case No. 3:24-cv-00835<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843<br><br>Counsel for Plaintiff: Elaine Hernandez<br>N.D. Tex. Case No. 3:24-cv-00840<br><br>Counsel for Plaintiff: M. Andrew Stover<br>N.D. Tex. Case No. 3:24-cv-00863<br><br>Counsel for Plaintiff: Cameron King<br>N.D. Tex. Case No. 3:24-cv-00867<br><br>Counsel for Plaintiff: R.D. Randall<br>N.D. Tex. Case No. 3:24-cv-00873<br><br>Counsel for Plaintiff: Brian Patterson<br>N.D. Tex. Case No. 3:24-cv-00875<br><br>Counsel for Plaintiff: Ahmed Abdellatif<br>N.D. Tex. Case No. 3:24-cv-00876 |
| Steven M. Nathan<br>HAUSFELD LLP | Gary Klinger |

| | |
|---|---|
| 33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>(646) 357-1100<br>(212) 202-4322 (fax)<br>snathan@hausfeld.com<br><br>Counsel for Plaintiff: Alex Petroski<br>N.D. Tex. Case No. 3:24-cv-00757<br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>277 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>(866) 252-0878<br>gklinger@milberg.com<br><br>Counsel for Plaintiff: Alex Petroski<br>N.D. Tex. Case No. 3:24-cv-00757<br><br>Counsel for Plaintiff: Nicholas Nelli<br>N.D. Tex. Case No. 3:24-cv-00797<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843 |
| David J. George<br>Brittany L. Brown<br>GEORGE FELDMAN MCDONALD, PLLC<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, FL 33467<br>(561) 232-6002<br>(888) 421-4173 (fax)<br>dgeorge@4-Justice.com<br>bbrown@4-Justice.com<br>eservice@4-Justice.com<br><br>Counsel for Plaintiff: C. Mario Jaramillo<br>N.D. Tex. Case No. 3:24-cv-00761 | James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W.,<br>Suite 300<br>Washington, D.C. 20006<br>(202) 540-7200<br>(202) 540-7201 (fax)<br>jpizzirusso@hausfeld.com<br><br>Counsel for Plaintiff: Alex Petroski<br>N.D. Tex. Case No. 3:24-cv-00757<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843 |
| J. Gerard Stranch, IV<br>Andrew E. Mize<br>Grayson Wells<br>STRANCH, JENNINGS & GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>(615) 254-8801<br>gstranch@stranchlaw.com<br>amize@stranchlaw.com<br>gwells@stranchlaw.com | Terence R. Coates<br>Justin C. Walker<br>Johnathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>(513) 651-3700<br>(513) 665-0291 (fax)<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@mdslegal.com |

| | |
|---|---|
| Counsel for Plaintiff: Nicholas Nelli<br>N.D. Tex. Case No. 3:24-cv-00759<br><br>Counsel for Plaintiffs: Dan Hearon, Geri Sherwood and Kylin Smith<br>N.D. Tex. Case No. 3:24-cv-00818 | Counsel for Plaintiff: Andrew March<br>N.D. Tex. Case No. 3:24-cv-00758<br><br>Counsel for Plaintiff: Aurora Rosario<br>N.D. Tex. Case No. 3:24-cv-00793 |
| Janine L. Pollack<br>GEORGE FELDMAN MCDONALD, PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>(917) 983-2707<br>(888) 421-4173 (fax)<br>jpollack@4-Justice.com<br><br>Counsel for Plaintiff: C. Mario Jaramillo<br>N.D. Tex. Case No. 3:24-cv-00761 | Jeff Ostrow<br>Steven Sukert<br>KOPELOWITZ OSTROW P.A.<br>One West Los Olas Blvd.,<br>Suite 500<br>Fort Lauderdale, FL 33301<br>(954) 525-4100<br>ostrow@kolawyers.com<br>sukert@kolawyers.com<br><br>Counsel for Plaintiff: Nicholas Nelli<br>N.D. Tex. Case No. 3:24-cv-00759 |
| Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBORONNE PA 100 Washington Ave., Suite 100<br>Minneapolis, MN 55401-2138<br>(612) 767 -3600<br>(612) 336- 2940 (fax)<br>bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>Counsel for Plaintiff: Matthew Barkley<br>N.D. Tex. Case No. 3:24-cv-00769 | Samuel J. Strauss<br>Raina C. Borelli<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>(608) 237-1775<br>(608) 509-4223 (fax)<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>Counsel for Plaintiff: Mike Montoya<br>N.D. Tex. Case No. 3:24-cv-00760 |
| William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>(405) 235-1560<br>(405) 239-2112(fax)<br>wbf@federmanlaw.com<br><br>Counsel for Plaintiff: Lacrista A. Bagley<br>N.D. Tex. Case No. 3:24-cv-00770 | Lori G. Feldman<br>GEORGE FELDMAN MCDONALD, PLLC<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>(917) 983-9321<br>(888) 421-4173 (fax)<br>lfeldman@4-Justice.com<br><br>Counsel for Plaintiff: C. Mario Jaramillo<br>N.D. Tex. Case No. 3:24-cv-00761 |
| Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM | Patrick Yarborough<br>FOSTER YARBOROUGH PLLC<br>917 Franklin Street, |

| | |
|---|---|
| 2754 Erie Avenue<br>Cincinnati, OH 45208<br>(513) 381-2333<br>(513) 766-9011 (fax)<br>jlyon@thelyonfirm.com<br><br>Counsel for Plaintiffs: Jeffrey Cumo and Tiara Alston<br>N.D. Tex. Case No. 3:24-cv-00772<br><br>Counsel for Plaintiff: Elaine Hernandez<br>N.D. Tex. Case No. 3:24-cv-00840 | Suite 220 Houston, TX 77002<br>(713) 331-5254<br>(713) 513-5202 (fax)<br>patrick@fosteryarborough.com<br><br>Counsel for Plaintiff: C. Mario Jaramillo<br>N.D. Tex. Case No. 3:24-cv-00761 |
| Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklyn Street, 7th Floor<br>Tampa, FL 33602<br>(813) 223-5505<br>(813) 222-2434 (fax)<br>jeanmartin@forthepeople.com<br>fburne@forthepeople.com<br><br>Counsel for Plaintiff: Patricia Dean<br>N.D. Tex. Case No. 3:24-cv-00776 | Debbie Branscum<br>LAW OFFICE OF DEBBIE BRANSCUM P.O. Box 394<br>Bedford, TX 76095-0394<br>(214) 206- 1975<br>(214) 432-0130 (fax)<br>dbranscum@tx.rr.com<br><br>Counsel for Plaintiff: Rachel Collier<br>N.D. Tex. Case No. 3:24-cv-00782 |
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>(212) 532-1091<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>Counsel for Plaintiffs: Richard Slovenkay and Wesley Hansen<br>N.D. Tex. Case No. 3:24-cv-00774 | Andrew J. Shamis<br>SHAMIS & GENTILE P.A.<br>14 NE 1st Ave., Suite 705<br>Miami, FL 33132<br>(305) 479- 2299<br>ashamis@shamisgentile.com<br><br>Counsel for Plaintiff: Michael Lovetro<br>N.D. Tex. Case No. 3:24-cv-00783 |
| Ronald W. Armstrong, II<br>THE ARMSTRONG FIRM, PLLC<br>109 Yoalana St., Suite 210<br>Boerne, TX 78006<br>(210) 277-0542<br>(210) 277-0548 (fax) | Jeffrey S. Goldenberg<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive,<br>Suite 490<br>Cincinnati, OH 45242<br>(513) 345-8291 |

6

| | |
|---|---|
| rwaii@tafpllc.com<br><br>Counsel for Plaintiff: Rachel Collier<br>N.D. Tex. Case No. 3:24-cv-00782 | jgoldenberg@gs-legal.com<br><br>Counsel for Plaintiff: Aurora Rosario<br>N.D. Tex. Case No. 3:24-cv-00793<br><br>Counsel for Plaintiff: Brian Patterson<br>N.D. Tex. Case No. 3:24-cv-00875 |
| Scott Edward Cole, Esq.<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>(510) 891-9800<br>(510) 891-7030 (fax)<br>sec@colevannote.com<br><br>Counsel for Plaintiff: Rachel Collier<br>N.D. Tex. Case No. 3:24-cv-00782 | Ryan J. Clarkson<br>Yana Hart<br>Tiara Avaness<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>(213) 788-0450<br>rclarkson@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com<br>tavaness@clarksonlawfirm.com<br><br>Counsel for Plaintiff: Ryan Aquino<br>N.D. Tex. Case No. 3:24-cv-00802 |
| Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>(952) 746- 2124<br>nprosser@hjlawfirm.com<br><br>Counsel for Plaintiff: Alison Williamson<br>N.D. Tex. Case No. 3:24-cv-00790 | Lynn A. Toops<br>Amina A. Thomas<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>(317) 636-6481<br>ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com<br><br>Counsel for Plaintiffs: Dan Hearon, Geri Sherwood and Kylin Smith<br>N.D. Tex. Case No. 3:24-cv-00818 |
| Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500<br>cschaffer@lfsblaw.com<br><br>Counsel for Plaintiff: Aurora Rosario<br>N.D. Tex. Case No. 3:24-cv-00793<br><br>Counsel for Plaintiff: Brian Patterson | Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>(215) 789-4462<br>klaukaitis@laukaitislaw.com<br><br>Counsel for Plaintiff: Gerald Foley<br>N.D. Tex. Case No. 3:24-cv-00819 |

| | |
|---|---|
| N.D. Tex. Case No. 3:24-cv-00875 | |
| John G. Emerson<br>EMERSON FIRM, PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>(800) 551-8649<br>(501) 286-4659 (fax)<br>jemerson@jemersonfirm.com<br><br>Counsel for Plaintiffs: Joseph Casey and Raquel Agee<br>N.D. Tex. Case No. 3:24-cv-00803 | William "Billy" Peerce Howard<br>Amanda J. Allen<br>THE CONSUMER PROTECTION FIRM 401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>(813) 500-1500<br>Billy@TheConsumerProtectionFirm.com<br>Amanda@TheConsumerProtectionFirm.com<br><br>Counsel for Plaintiff: Paola Williams<br>N.D. Tex. Case No. 3:24-cv-00835 |
| Michael R. Reese<br>REESE LLP<br>100 West 93rd Street, 16th Floor New York, NY 10025<br>(212) 643-0500<br>(212) 253-4272 (fax)<br>mreese@reesellp.com<br><br>Counsel for Plaintiff: Gerald Foley<br>N.D. Tex. Case No. 3:24-cv-00819 | Norman E. Siegel<br>J. Austin Moore<br>Stefon J. David<br>STUEVE SIEGEL HANSON LLP 460 Nichols Road, Suite 200 Kansas City, MO 64112<br>(816) 714-7100<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>david@stuevesiegel.com<br><br>Counsel for Plaintiffs: Ryan Unruh and Christopher Isbell<br>N.D. Ga. Case No. 1:24-cv-01414 |
| Larry A. Golston, Jr.<br>Leon Hampton<br>Jessi Haynes<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>Post Office Box 4160<br>Montgomery, AL 36103-4160<br>(334) 269-2343<br>(334) 954-7555 (fax)<br>larry.golston@beasleyallen.com<br>leon.hampton@beasleyallen.com<br>jessi.haynes@beasleyallen.com<br><br>Counsel for Plaintiff: Gerald Foley<br>N.D. Tex. Case No. 3:24-cv-00819 | Douglas J. McNamara<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW,<br>Fifth Floor<br>Washington, D.C. 20005<br>(202) 408-4651<br>dmcnamara@cohenmilstein.com<br><br>Counsel for Plaintiffs: Ryan Unruh and Christopher Isbell<br>N.D. Ga. Case No. 1:24-cv-01414 |
| Roy E. Barnes<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC | Cari Campen Laufenberg<br>KELLER ROHRBACK L.L.P.<br>1201Third Avenue, Suite 3200 |

| | |
|---|---|
| 31 Atlanta Street<br>Marietta, GA 30060<br>(770) 227-6375<br>roy@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>Counsel for Plaintiffs: Ryan Unruh and Christopher Isbell<br>N.D. Ga. Case No. 1:24-cv-01414<br><br>Counsel for Plaintiff: Terri Lynn Hodge<br>N.D. Ga. Case No. 1:24-cv-01475 | Seattle, WA 98101-3052<br>(206) 623-1900<br>(206) 623-3384 (fax)<br>claufenberg@kellerrohrback.com<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843 |
| Amy E. Keller<br>DICELLO LEVITT LLP<br>Ten North Dearborn Street,<br>Sixth Floor Chicago, IL 60602<br>(312) 214-7900<br>akeller@dicellolevitt.com<br><br>Counsel for Plaintiffs: Ryan Unruh and Christopher Isbell<br>N.D. Ga. Case No. 1:24-cv-01414 | M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>A PROFESSIONAL CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825<br>(916) 239-4778<br>(916) 924-1829 (fax)<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Counsel for Plaintiff: Elaine Hernandez<br>N.D. Tex. Case No. 3:24-cv-00840 |
| Maureen M. Brady<br>Lucy McShane<br>MCSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>(816) 888-8010<br>(816) 332-6295 (fax)<br>mbrady@mcshanebradylaw.com<br>lmcshane@mcshanebrady.com<br><br>Counsel for Plaintiffs: Stephanie Doss, Bethany Miller and Aimee Jarvis<br>W.D. Mo. Case No. 4:24-cv-00234 | Douglas A. Millen<br>Nicholas R. Lange<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, IL 60629<br>(224) 632-4500<br>nlange@fklmlaw.com<br>dmillen@fklmlaw.com<br><br>Counsel for Plaintiff: Brandon Huyler<br>N.D. Tex. Case No. 3:24-cv-00847 |
| Christopher L. Springer<br>KELLER ROHRBACK L.L.P. | Michael K. Hurst<br>Rebecca L. Adams |

9

| | |
|---|---|
| 801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>(805) 456-1496<br>(805) 456-1497 (fax)<br>cspringer@kellerrohrback.com<br><br>Counsel for Plaintiffs: Nella Citino and Daniel Mizell<br>N.D. Tex. Case No. 3:24-cv-00843 | Yaman Dasai<br>Jessica D. Cox<br>LYNN PINKER HURST & SCHWEGMANN, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>(214) 981-3800<br>(214) 981-3839 (fax)<br>mhurst@lynnllp.com<br>radams@lynnllp.com<br>ydesai@lynnllp.com<br>jcox@lynnllp.com<br><br>Counsel for Plaintiff: Jennifer Turner<br>N.D. Tex. Case No. 3:24-cv-00864 |
| Johnathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>(610) 234-6486<br>jjagher@fklmlaw.com<br><br>Counsel for Plaintiff: Brandon Huyler<br>N.D. Tex. Case No. 3:24-cv-00847 | Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>Clarissa R. Olivares<br>KAPLAN FOX & KILSHEIMER LLP 1999 Harrison Street, Suite 1560 Oakland, CA 94612<br>(415) 772-4700<br>(415) 772-4707 (fax)<br>lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br>colivares@kaplanfox.com<br><br>Counsel for Plaintiff: Jennifer Turner<br>N.D. Tex. Case No. 3:24-cv-00864 |
| David M. Berger<br>Linda P. Lam<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>(510) 350-9700<br>dmb@classlawgroup.com<br>lpl@classlawgroup.com<br><br>Counsel for Plaintiff: Terri Lynn Hodge<br>N.D. Ga. Case No. 1:24-cv-01475 | Julie Pettit<br>THE PETTIT LAW FIRM<br>2101 Cedar Springs, Suite 1540<br>Dallas, TX 75201<br>(214) 329-0151<br>(214) 329-4076 (fax)<br>jpettit@pettitfirm.com<br><br>Counsel for Plaintiff: Jennifer Turner<br>N.D. Tex. Case No. 3:24-cv-00864 |

| | |
|---|---|
| Todd S. Garber<br>Andrew C. White<br>FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER LLP<br>One North Broadway, Suite 900<br>White Plains, NY 10601<br>(914) 298-3281<br>tgarber@fbfglaw.com<br>awhite@fbfglaw.com<br><br>Counsel for Plaintiff: Ahmed Abdellatif<br>N.D. Tex. Case No. 3:24-cv-00876 | Sabita J. Soneji<br>TYCKO AND ZAVAREEI LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>(510) 254-6808<br>ssoneji@tzlegal.com<br><br>Counsel for Plaintiff: Cameron King<br>N.D. Tex. Case No. 3:24-cv-00867 |
| James M. Evangelista<br>EVANGELISTA WORLEY LLC<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328<br>(404) 205-8400<br>jim@ewlawllc.com<br><br>Counsel for Plaintiff: Aquelia Walker<br>E.D. Cal. Case No. 1:24-cv-00438 | Jeffrey K. Brown<br>Michael A. Tompkins<br>Brett R. Cohen<br>LEEDS BROWN LAW, P.C.<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514-1851<br>(516) 873-9550<br>jbrown@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br>bcohen@leedsbrownlaw.com<br><br>Counsel for Plaintiff: Brian Patterson<br>N.D. Tex. Case No. 3:24-cv-00875 |
| Elizabeth A. Fegan<br>Megan E. Shannon<br>FEGAN SCOTT LLC<br>150 S. Wacker Drive,<br>24th Floor<br>Chicago, IL 60606<br>(312) 741-1019<br>(312) 264-0100 (fax)<br>beth@feganscott.com<br>megan@feganscott.com<br><br>Counsel for Plaintiff: Rah-Nita Boykin<br>N.D. Ill. Case No. 1:24-cv-02973 | Ann Jernow<br>Jennifer Czeisler<br>Edward Ciolko<br>STERLINGTON, PLLC<br>One World Trade Center,<br>85th Floor New York, NY 10007<br>(516) 457-9571<br>ann.jernow@sterlingtonlaw.com<br>jen.czeisler@sterlingtonlaw.com<br>edward.ciolko@sterlingtonlaw.com<br><br>Counsel for Plaintiff: Aquelia Walker<br>E.D. Cal. Case No. 1:24-cv-00438 |
| Daniel E. Gustafson<br>David A. Goodwin<br>Daniel C. Hedlund<br>Frances Mahoney-Mosedale<br>GUSTAFSON GLUEK PLLC | Warren T. Burns<br>Daniel H. Charest<br>Hannah M. Crowe<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 900 |

| | |
|---|---|
| 120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>(612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>francesmahoneymosedale@gustafsongluek.com<br><br>Counsel for Plaintiff: Laura Schuster<br>N.D. Tex. Case No. 3:24-cv-00922 | Dallas, Texas 75202<br>(469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br>hcrowe@burnscharest.com<br><br>Counsel for Plaintiff: Laura Schuster<br>N.D. Tex. Case No. 3:24-cv-00922 |
| Korey A. Nelson<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>(504) 799-2845<br>knelson@burnscharest.com<br><br>Counsel for Plaintiff: Laura Schuster<br>N.D. Tex. Case No. 3:24-cv-00922 | Kyle Pozan<br>Karen Hanson Riebel<br>Kate M. Baxter-Kauf<br>Emma Ritter Gordon<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue S.,<br>Suite 2200 Minneapolis, MN 55401<br>(612) 339-6900<br>kjpozan@locklaw.com<br>khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br>erittergordon@locklaw.com<br><br>Counsel for Plaintiff: Zachary Chernik<br>N.D. Ill. Case No. 1:24-cv-03054 |
| MaryBeth V. Gibson<br>GIBSON CONSUMER LAW GROUP, LLC<br>4729 Roswell Road,<br>Suite 208-108<br>Atlanta, GA 30342<br>(678) 642-2503<br>marybeth@gibsonconsumerlawgroup.com<br><br>Counsel for Plaintiffs: Kenneth Hasson and Chad Graddy<br>N.D. Ga. Case No. 1:24-cv-01580<br><br>Counsel for Plaintiff: Zachary Chernik<br>N.D. Ill. Case No. 1:24-cv-03054 | Thomas W. Pirtle<br>Buffy K. Martines<br>LAMINACK, PIRTLE & MARTINES<br>5020 Montrose Boulevard, 9th Floor<br>Houston, Texas 77006<br>(713) 292-2750<br>(713) 292-2755 (fax)<br>tomp@lpm-triallaw.com<br>buffym@lpm-triallaw.com<br><br>Counsel for Plaintiff: Daphne Kansas Carrasco<br>E.D. Tex. Case No. 4:24-cv-00305 |
| Christopher L. Ayers<br>Jennifer R. Scullion<br>Justin M. Smigelsky | James E. Cecchi<br>CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. |

| | |
|---|---|
| SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>(973) 639-9100<br>(973) 639-9393 (fax)<br>jscullion@seegerweiss.com<br>cayers@seegerweiss.com<br>jsmigelsky@seegerweiss.com<br><br>Counsel for Plaintiff: Daphne Kansas Carrasco<br>E.D. Tex. Case No. 4:24-cv-00305 | 5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>(973) 994-1744 (fax)<br>jcecchi@carellabyrne.com<br><br>Counsel for Plaintiff: Daphne Kansas Carrasco<br>E.D. Tex. Case No. 4:24-cv-00305 |
| C. Shawn Cleveland<br>BAKER & HOSTETLER LLP<br>2850 North Harwood Street, Suite 1100<br>Dallas, Texas 75201<br>(214) 210-1210<br>scleveland@bakerlaw.com<br><br>Counsel for Defendant AT&T, Inc. | Gilbert S. Keteltas<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave, NW,<br>Suite 1100 Washington, D.C. 20036<br>(202) 861-1530<br>gketeltas@bakerlaw.com<br><br>Counsel for Defendant AT&T, Inc. and AT&T Mobility LLC |
| Daniel E. Bryan, III<br>Maxwell G. West<br>HORNBEEK VITALI & BRAUM PLLC<br>3711 N. Classen Blvd.<br>Oklahoma City, Oklahoma 73118<br>(405) 236-8600<br>(405) 236-8602<br>bryan@hvblaw.com<br>west@hvblaw.com<br><br>Counsel for AT&T, Inc.<br>W.D. Okla. Case No. 5:24-cv-00324 (Only) | Krysta Kauble Pachman<br>Michael Gervais<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars,<br>Suite 1400<br>Los Angeles, California 90067-6029<br>(310) 789-3100<br>(310) 789-3150<br>kpachman@susmangodfrey.com<br>mgervais@susmangodfrey.com<br><br>Counsel for Plaintiffs: Randall McGee and Phil Eisen<br>N.D. Tex. Case No. 3:24-cv-00954-D |
| Shawn J. Rabin<br>SUSMAN GODFREY LLP<br>One Manhattan West, 50th Floor<br>New York, New York 10001<br>(212) 336-8830<br>(212) 336-8340<br>srabin@susmangodfrey.com | Stephen R. Basser<br>BARRACK RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874<br>sbasser@barrack.com |

| Counsel for Plaintiffs: Randall McGee and Phil Eisen<br>N.D. Tex. Case No. 3:24-cv-00954-D | Counsel for Plaintiffs: Joseph Casey and Raquel Agee<br>N.D. Tex. Case No. 3:24-cv-00803 |

| **SERVED VIA FIRST CLASS U.S. MAIL TO:** | |
|---|---|
| Clerk of Court,<br>Northern District of Texas Dallas Division<br>United States District Court<br>1100 Commerce Street, Room 1452<br>Dallas, TX 75242 | Clerk of Court,<br>Western District of Oklahoma<br>United States District Court<br>200 NW 4th Street<br>Oklahoma City, OK 73102 |
| Clerk of Court,<br>Northern District of Georgia Atlanta Division<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 | Clerk of Court,<br>Western District of Missouri Kansas City – Western Division<br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 |
| Clerk of Court,<br>Eastern District of California Fresno Division<br>Robert E. Coyle United States Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 | Clerk of Court,<br>Northern District of Illinois Eastern Division<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Clerk of Court,<br>Eastern District of Texas Sherman Division<br>United States District Court<br>Paul Brown United States Courthouse<br>101 East Pecan Street, Room 216<br>Sherman, TX 75090 | |

Date: April 25, 2024

*/s/ Kennedy M. Brian*
Kennedy M. Brian