BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: AT&T CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedures 6.2(d) and 7.1(a), Plaintiff Mary Loechel Sanford writes to notify the Panel of the following related class action: *Sanford v. AT&T, Inc.*, Case No. 2:24-cv-00261-JRG-RSP (E.D. Texas). A schedule of actions listing this new case is attached as Exhibit A, and the complaint and docket sheet are attached as Exhibit B.

Dated: April 25, 2024

Respectfully submitted,

James E. Cecchi, Esq.
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Attorney for Plaintiff Sanford* (*24-261, E.D. Texas*)