**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: AT&T CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL NO. 3114** |

## PROOF OF SERVICE

In accordance with Rule 4.1(a), the undersigned hereby certifies that on April 25, 2024, I caused the Notice of Related Action to be filed and served electronically with the Clerk of the Court for the JPML using the CM/ECF system or via email on all parties in Schedule of Actions filed hereto as Exhibit A. In addition service will be affected via First Class U.S. Mail to:

United States District Court
For the Northern District of Texas
1100 Commerce Street
Room 1452
Dallas, TX 75242

United States District Court
For the Western District of Oklahoma
200 NW 4th Street
Oklahoma City, OK 73102

Dated: April 25, 2024

Respectfully submitted,

James E. Cecchi, Esq.
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Attorney for Plaintiff Sanford (24-261, E.D. Texas)*