BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: : <br> : <br> AT&T INC. CUSTOMER DATA : <br> SECURITY BREACH LITIGATION : <br> : <br> : | MDL NO. 3114 |

## RESPONSE OF BRIAN PATTERSON IN SUPPORT OF CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF TEXAS

Brian Patterson ("Plaintiff"), plaintiff in *Patterson, et al. v. AT&T, Inc.*, N.D. Texas No. 3:24-cv-00875, respectfully submits this brief in response to the pending motion filed by Alex Petroski requesting transfer of all related actions to the Northern District of Texas for consolidation. [Doc. 2.]

Plaintiffs agree with Mr. Petroski that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that the Northern District of Texas is the most appropriate transferee district. For all the reasons ably articulated by Mr. Petroski's moving papers, which Plaintiff fully adopts as if restated herein, Plaintiff respectfully requests that this Honorable Panel transfer the related actions, as well as all subsequently filed related actions, to the Northern District of Texas for coordinated and consolidated pretrial proceedings.

Dated:  April 25, 2024         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Charles E. Schaffer
　　　　　　　　　　　　　　　　　　　　Charles E. Schaffer
　　　　　　　　　　　　　　　　　　　　**LEVIN SEDRAN & BERMAN LLP**
　　　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Telephone: (215) 592-1500

Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Attorney for Plaintiff*