BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: AT&T Inc. Customer Data Security Breach Litigation* | MDL No. 3114 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Brian Schaefer hereby notifies the Clerk of the Panel that the following action is a related action currently pending in a federal district court:

*Schaefer v. AT&T, Inc., and AT&T Mobility LLC*, N.D. Georgia, C.A. No. 1:24-cv-01752-VMC

The Docket Sheet and Complaint for the matter are attached hereto as Exhibit 1.

| | |
|---|---|
| Date:  April 25, 2024 | /s/E. Michelle Drake<br>E. Michelle Drake, GA Bar No. 229202<br>BERGER MONTAGUE<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Telephone: (612) 594-5933<br>emdrake@bm.net<br><br>*Plaintiff's Counsel in Schaefer v. AT&T, Inc., et al., No. 1:24-cv-01752-VMC (N.D. Ga.)* |