BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

*In re: AT&T Inc. Customer Data Security Breach Litigation*      MDL No. 3114

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | District | Action No. | Judge |
|---|---|---|---|---|
| Brian Schaefer | AT&T, Inc.; AT&T Mobility LLC | Northern District of Georgia | 1:24-cv-01752 | Calvert |