BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

*In re: AT&T Inc. Customer Data Security*                          MDL No. 3114
*Breach Litigation*

<u>PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action were served on all parties in the following cases as indicated below, on April 25, 2024.

*Schaefer v. AT&T, Inc., et al.*, **N.D. Georgia, C.A. No. 1:24-cv-01752-VMC**

<u>Served via U.S. Mail (Counsel has not yet appeared)</u>

**AT&T, Inc.**
c/o Registered Agent The Corporation Trust Company
1209 Orange Street
Wilmington DE 19801

**AT&T Mobility LLC**
c/o Registered Agent CT Corporation System
289 S Culver Street
Lawrenceville GA 30046

Date:   April 25, 2024                    /s/E. Michelle Drake
                                          E. Michelle Drake, GA Bar No. 229202
                                          BERGER MONTAGUE
                                          1229 Tyler Street NE, Suite 205
                                          Minneapolis, MN 55413
                                          Telephone: (612) 594-5933
                                          emdrake@bm.net

                                          *Plaintiff's Counsel in Schaefer v. AT&T, Inc., et al.,*
                                          *No. 1:24-cv-01752-VMC (N.D. Ga.)*