BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re:<br><br>**AT&T, Inc. Customer Data Security Breach Litigation** | MDL No. 3114 |

## NOTICE OF JOINDER OF MOTION TO TRANSFER

Plaintiff Mike Montoya, plaintiff in the related action *Montoya v. AT&T, Inc.* 3:24-cv-00760 (N.D. Tex.), hereby submits this notice of joinder in the Motion to Transfer, Dkt. 1, 2. For the reasons stated in the Motion to Transfer, Plaintiff Montoya agrees that transfer of all related actions to the Northern District of Texas for coordinated and consolidated pretrial proceedings is appropriate.

Dated:  April 25, 2024              Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Counsel for Plaintiff Montoya*