**BEFORE THE UNITED STATES JUDICIAL PANEL ON<br>
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA )<br>SECURITY BREACH LITIGATION )<br>)<br>)<br>) | MDL NO. 3114 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF NELLA CITINO IN SUPPORT OF
PLAINTIFF ALEX PETROSKI'S MOTION FOR TRANSFER AND
CENTRALIZATION OF RELATED ACTIONS TO THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C.
§ 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Rule 6.2(e), Nella Citino, Plaintiff in the case styled *Citino v. AT&T Inc.*, No. 3:24-cv-00843, filed in the U.S. District Court for the Northern District of Texas ("Plaintiff Citino"), submits this response to the pending Motion for Transfer and Centralization of Related Actions to the Northern District of Texas Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings ("Transfer Motion"), ECF No. 2.

For the reasons set forth in the Transfer Motion, Plaintiff Citino supports transfer and centralization of the Related Actions[1] in the United States District Court for the Northern District of Texas. The Related Actions all involve one or more common questions of fact relating to the same cyberattack against Defendant AT&T Inc., which resulted in tens of millions of victims across the United States. As such, transfer and consolidation would promote the just and efficient conduct of such actions, preventing duplication of discovery, eliminating the possibility of conflicting pretrial rulings, and conserving judicial resources. Likewise, the United States District Court for the Northern District of Texas is the most appropriate and convenient forum for coordination or consolidation of the Related Actions.

---

[1] *See* Corporate Disclosure Statement, ECF NO. 37; Schedule of Actions, ECF No. 37-1.

For these reasons, Plaintiff Citino respectfully requests that the Panel grant the Movant's request for coordination and consolidation pursuant to 28 U.S.C. § 1407 in the United States District Court for the Northern District of Texas.

Dated: April 25, 2024

Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: claufenberg@kellerrohrback.com

Christopher L. Springer
**KELLER ROHRBACK L.L.P.**
801 Garden Street
Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
Email: cspringer@kellerrohrback.com

*Counsel for Plaintiff Nella Citino*