**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

*In re: AT&T Inc. Customer Data Security Breach Litigation*               MDL No. 3114

**PLAINTIFF SCHAEFER RESPONSE IN SUPPORT**

For the reasons set forth in the Interested Party Response of Plaintiffs Ryan Unruh and Christopher Isabell (ECF No. 71), Plaintiff Brian Schaefer supports centralization of these matters in the Northern District of Georgia.

Date:   April 25, 2024                    /s/E. Michelle Drake
                                          E. Michelle Drake, Bar No. 0387366
                                          BERGER MONTAGUE
                                          1229 Tyler Street NE, Suite 205
                                          Minneapolis, MN 55413
                                          Telephone: (612) 594-5933
                                          emdrake@bm.net

                                          *Plaintiff's Counsel in Schaefer v. AT&T, Inc., et al.,
                                          No. 1:24-cv-01752-VMC (N.D. Ga.)*