**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL Docket No. 3114** |

**RESPONSE OF ANDREW MARCH IN SUPPORT OF TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF TEXAS UNDER 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Andrew March ("Plaintiff"), the plaintiff in *March v. AT&T, Inc.*, No. 3:24-cv-00758-L (N.D. Texas), which was the second action filed in the Northern District of Texas, later consolidated into the *Petroski* action, No. 3:24-cv-00757, respectfully submits this brief in response to the pending motion filed by Alex Petroski requesting transfer of all related actions to the Northern District of Texas for consolidation. [Doc. 2.]

Plaintiff agrees with Mr. Petroski that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that centralization in the Northern District of Texas is the most appropriate. For all the reasons articulated by Mr. Petroski's moving papers, which Plaintiff adopts as if restated herein, Plaintiff respectfully requests that this Honorable Panel transfer the related actions, as well as all subsequently filed related actions, to the Northern District of Texas for coordinated and consolidated pretrial proceedings in front of Judge Ada Brown, where the majority of actions pending against AT&T are already consolidated.

Date: April 25, 2024    Respectfully submitted,

/s/ Terence R. Coates
Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

*Attorney for Plaintiff Andrew March*