**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 3114 |

**<u>PROOF OF SERVICE</u>**

In accordance with Judicial Panel of Multidistrict Litigation Rule 4.1(a), the undersigned hereby certifies that on April 25, 2024, a copy of the following was served via e-mail on counsel in the involved actions and electronically filed with the Court's Office using the Court's CM/ECF electronic filing system, which shall constitute service upon all counsel in this action:

- *Interested Party Response of Plaintiffs Ryan Unruh and Christopher Isbell in Support of Motion for Transfer and Centralization but in Opposition to the Northern District of Texas, and in Favor of the Northern District of Georgia*

Respectfully submitted,

By: /s/ *Norman E. Siegel*
Norman E. Siegel
J. Austin Moore
Stefon J. David
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
david@stuevesiegel.com

*Counsel for Plaintiffs Ryan Unruh and Christopher Isbell*

*Case No. 1:24-cv-01414 (N.D. Ga.).*