BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

**RESPONSE OF MATTHEW BARKLEY IN SUPPORT OF TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF TEXAS UNDER 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Matthew Barkley ("Plaintiff"), the plaintiff in *Barkley v. AT&T, Inc.*, No. 3:24-cv-00769 (N.D. Texas), which was filed in the Northern District of Texas, later consolidated into the *Petroski* action, No. 3:24-cv-00757, respectfully submits this brief in response to the pending motion filed by Alex Petroski requesting transfer of all related actions to the Northern District of Texas for consolidation. [Doc. 2.]

Plaintiff agrees with Mr. Petroski that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that centralization in the Northern District of Texas is the most appropriate. For all the reasons articulated by Mr. Petroski's moving papers, which Plaintiff adopts as if restated herein, Plaintiff respectfully requests that this Honorable Panel transfer the related actions, as well as all subsequently filed related actions, to the Northern District of Texas for coordinated and consolidated pretrial proceedings in front of Judge Ada Brown, where the majority of actions pending against AT&T are already consolidated.

Date: April 26, 2024

Respectfully submitted,

/s/ *Bruce William Steckler*
Bruce William Steckler
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Rd
Suite 1045
Dallas, TX 75230
972-387-4040

Fax: 972-387-4041
Email: bruce@swclaw.com

Bryan L. Bleichner (*pro hac vice forthcoming*)
Philip J. Krzeski (*pro hac vice forthcoming*)
**CHESTNUT CAMRBONNE PA**
100 Washington Ave., Ste. 100
Minneapolis, MN 55401-2138
Phone: (612) 767-3600
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorney for Plaintiff Matthew Barkley*