BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused the foregoing Response of Plaintiff Brian Patterson in Support of Consolidation pursuant to 28 U.S.C. § 1407 and Transfer of actions to the Northern District of Texas to be electronically served on all counsel of record through the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System, this 26th day of April, 2024.

Dated: April 26, 2024

Respectfully submitted,

*/s/ Charles E. Schaffer*
Charles E. Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com
*Attorney for Plaintiff*