**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |

**NOTICE OF WITHDRAWAL BY PLAINTIFF RYAN AQUINO OF RESPONSE IN OPPOSITION TO PLAINTIFF ALEX PETROSKI'S MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS IN THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407**

Ryan Aquino ("**Plaintiff**"), plaintiff in the related case *Aquino v. AT&T, Inc.*, Case No. 3:24-cv-00802, respectfully submits this Notice of Withdrawal of his Response ("**Response**") in partial opposition of the motion filed by Plaintiff Alex Petroski,[1] to centralization of related action in the United States District Court for the Northern District of Texas, Dallas Division.

Date: April 26, 2024

Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu CA 90265
Tel. (213) 788-4050
Email: *rclarkson@clarksonlawfirm.com*
Email: *yhart@clarksonlawfirm.com*

*Counsel for Plaintiff Ryan Aquino*

---

[1] Alex Petroski a/k/a Alec Petroski is a plaintiff in the case *Petroski v. AT&T, Inc.*, Case No. 3:24-cv-00757.