BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3114 |
|---|---|

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Alex Petroski hereby notifies the Clerk of the Panel that the following actions are related actions currently pending in a federal district court:

- *Vita et al. v. AT&T, Inc.*, N.D. California, C.A. No. 5:24-cv-02356-NC;
- *Oliver v. AT&T Mobility, L.L.C. et al.*, N.D. Georgia, C.A. No. 1:24-cv-01690-VMC;
- *Garner et al. v. AT&T Inc.*, N.D. Texas, C.A. No. 3:24-cv-00962-E; and
- *Kinchen et al. v. AT&T Mobility LLC et al.*, N.D. California, C.A. No. 3:24-cv-02451-SK.

The Docket Sheets and Complaints for these matters are attached hereto as Exhibits A-D.

Dated: May 1, 2024

/s/James Pizzirusso
James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: jpizzirusso@hausfeld.com

***Counsel for Plaintiff Alex Petroski,
N.D. Tex. Case No. 3:24-cv-00757***