## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3114 |
|---|---|

## CORRECTED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 1, 2024, I electronically filed the foregoing Notice of Related Action and attachments via this Court's CM/ECF system, which will serve notification of such filing to all counsel of record in this action. I further certify that a copy of the foregoing was served via electronic mail or First-Class U.S. Mail on all counsel or parties as follows:

***Vita et al. v. AT&T, Inc.*, N.D. California, C.A. No. 5:24-cv-02356**

| *Service via Electronic Mail* | *Service U.S. First Class Mail* |
|---|---|
| Joseph Winters Cotchett<br>Andrew F. Kirtley<br>Gia Jung<br>**Cotchett Pitre and McCarthy LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road Suite 200<br>Burlingame, CA 94010<br>650-697-6000<br>650-697-0577 (fax)<br>jcotchett@cpmlegal.com<br>akirtley@cpmlegal.com<br>gjung@cpmlegal.com<br><br>Thomas Eric Loeser<br>Karin B. Swope<br>**Cotchett Pitre & McCarthy LLP**<br>999 N. Northlake Way<br>Suite 215<br>Seattle, WA 98103<br>206-970-8181<br>tloeser@cpmlegal.com<br>kswope@cpmlegal.com | **AT&T, Inc.**<br>c/o Registered Agent<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington DE 19801<br><br>*Defendant* |

| *Counsel for Plaintiffs, Charles Fairchild, Daniel Mariscal, David Vita, and Faith Brown* | |

*Oliver v. AT&T Mobility, L.L.C. et al.*, **N.D. Georgia, C.A. No. 1:24-cv-01690**

| *Service via Electronic Mail* <br> McNeill Stokes <br> **McNeill Stokes** <br> 5372 Whitehall Place SE <br> Mabelton, GA 30126 <br> 404-352-2144 <br> mcstokes@bellsouth.net <br><br> *Counsel for Plaintiff, Anthony J. Oliver* | *Service U.S. First Class Mail* <br> **AT&T, Inc.** <br> c/o Registered Agent <br> C.T. Corporation System <br> 289 S. Culver Street <br> Lawrenceville, Georgia, 30046 <br><br> **AT&T Mobility LLC** <br> c/o Registered Agent <br> C.T. Corporation System <br> 289 S. Culver Street <br> Lawrenceville, Georgia, 30046 <br><br> *Defendants* |

*Garner et al. v. AT&T Inc.*, **N.D. Texas, C.A. No. 3:24-cv-00962**

| *Service via Electronic Mail* <br> Joseph Winters Cotchett <br> Andrew F. Kirtley <br> Gia Jung <br> **Cotchett Pitre and McCarthy LLP** <br> San Francisco Airport Office Center <br> 840 Malcolm Road Suite 200 <br> Burlingame, CA 94010 <br> 650-697-6000 <br> 650-697-0577 (fax) <br> jcotchett@cpmlegal.com <br> akirtley@cpmlegal.com <br> gjung@cpmlegal.com <br><br> Thomas Eric Loeser <br> Karin B. Swope <br> **Cotchett Pitre & McCarthy LLP** <br> 999 N. Northlake Way <br> Suite 215 <br> Seattle, WA 98103 <br> 206-970-8181 <br> tloeser@cpmlegal.com <br> kswope@cpmlegal.com <br><br> Robert C Hilliard | *Service U.S. First Class Mail* <br> **AT&T, Inc.** <br> c/o Registered Agent <br> The Corporation Trust Company <br> 1209 Orange Street <br> Wilmington DE 19801 <br><br> *Defendant* |

| | |
|---|---|
| **Hilliard Law**<br>719 S Shoreline Blvd.<br>Suite 100<br>Corpus Christi, TX 78401<br>361-882-1612<br>361-882-3015 (fax)<br>service@hilliard-law.com<br><br>***Counsel for Plaintiffs: Jeryl Luciani, Courtney Garner, and Michael Crain*** | |

***Kinchen et al. v. AT&T Mobility LLC et al.*, N.D. California, C.A. No. 3:24-cv-02451**

| | |
|---|---|
| *Service via Electronic Mail*<br>Patrick Thomas Egan<br>Berman Tabacco<br>One Liberty Square<br>Boston, MA 02109<br>617-542-8300<br>pegan@bermantabacco.com<br><br>Kristin J. Moody<br>Pierce Stanley<br>Berman Tabacco<br>425 California Street<br>Suite 2300<br>San Francisco, CA 94104<br>415-433-3200<br>kmoody@bermantabacco.com<br>pstanley@bermantabacco.com<br><br>***Counsel for Plaintiffs, James Kinchen and Mildred Kinchen*** | *Service U.S. First Class Mail*<br>**AT&T, Inc.**<br>c/o Registered Agent<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington DE 19801<br>**AT&T Mobility LLC**<br>c/o Registered Agent<br>C.T. Corporation System<br>289 S. Culver Street<br>Lawrenceville, Georgia, 30046<br><br>***Defendants*** |

 

/s/James Pizzirusso

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: jpizzirusso@hausfeld.com

***Counsel for Plaintiff Alex Petroski***
***N.D. Tex. Case No. 3:24-cv-00757***