**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: AT&T Inc. Customer Data Security Breach Litigation | MDL No. 3114 |

**Defendant AT&T Inc.'s Motion for Leave to File a Supplemental Response in Support of Transfer to and Centralization of Related Actions in the Northern District of Texas (Dallas) for Consolidated Pretrial Proceedings**

AT&T requests leave to file a brief supplemental response in support of transfer to and centralization of related actions in the Northern District of Texas (Dallas) for consolidated pretrial proceedings. Copies of AT&T's four-page supplemental response and supporting declaration of Paula Phillips were previously filed as Document No. 93 and are attached as Exhibit A.

Leave to file this supplemental response should be granted so that AT&T can address the claims of a small group of plaintiffs (the "Georgia proponents")—based largely on incorrect speculation—that the Northern District of Georgia has a greater connection than the Northern District of Texas to the related actions that are the subject of the motion to transfer. For these reasons, AT&T respectfully requests that the Panel grant its Motion and permit AT&T to file its brief supplemental response and declaration in support of transfer to and centralization of related actions in the Northern District of Texas (Dallas).

2

Dated: May 6, 2024

Respectfully submitted,

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Ste. 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T Inc.*