**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: AT&T Inc. Customer Data Security Breach Litigation | MDL NO. 3114 |

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedures 6.2(d) and 7.1(a), Plaintiff Mary Loechel Sanford writes to notify the Panel of the following related class action: *Sanford v. AT&T, Inc.*, Case No. 2:24-cv-00261-JRG-RSP (E.D. Texas). A schedule of actions listing this new case is attached as Exhibit A, and the complaint and docket sheet are attached as Exhibit B.

Dated: May 9, 2024

Respectfully submitted,

James E. Cecchi, Esq.
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Attorney for Plaintiff Sanford* (*24-261, E.D. Texas*)