# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff Stacy Penning writes to notify the Panel of the following related class action: *Penning v. AT&T, Inc.,* Case No. 3:24-cv-02657-JCS (N.D. Cal.). A schedule of actions listing this new case is attached as Exhibit A, and the complaint and docket sheet are attached as Exhibit B.

Respectfully submitted,

Dated: May 13, 2024

*/s/ Robert Ahdoot*
Robert Ahdoot
Tina Wolfson
Alyssa Brown
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
twolfson@ahdootwolfson.com
abrown@ahdootwolfson.com

*Counsel for Plaintiff Stacy Penning (No. 24-cv-02657, N.D. Cal.)*