UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received:** 5/14/24

JPML has been notified of the attached action(s) for potential inclusion in the proposed MDL.

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

*Tiffaney D. Pete*
CLERK OF THE PANEL