### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |

### PLAINTIFF RYAN UNRUH AND CHRISTOPHER ISBELL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THEIR INTERESTED PARTY RESPONSE IN SUPPORT OF TRANSFER TO AND CENTRALIZATION IN THE <u>NORTHERN DISTRICT OF GEORGIA</u>

Interested Party Plaintiffs Ryan Unruh and Christopher Isbell request leave to file a 3-page supplemental response in support of transfer and centralization in the Northern District of Georgia. The proposed pleading is attached as Exhibit A.

In its supplemental response, AT&T injected new facts into the record after the close of briefing in response to Plaintiffs Ryan Unruh and Chris Isbell's Interested Party Response. The attached response briefly addresses AT&T's newly raised facts and in the interests of justice, should inform the Panel's decision on the "center of gravity" of this litigation.

Dated: May 20, 2024

Respectfully Submitted,

*/s/Norman E. Siegel*
Norman E. Siegel
J. Austin Moore
Stefon J. David
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
david@stuevesiegel.com

Amy Keller
Jessica Holmes
**DICELLO LEVITT LLP**

Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
akeller@dicellolevitt.com
jholmes@dicellolevitt.com

Roy Barnes
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Tel: 770-227-6375
roy@barneslawgroup.com
ctribble@barneslawgroup.com

*Counsel for Plaintiffs Ryan Unruh and Christopher Isbell*