# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs Kelly McGreevy and Steve Senti write to notify the Panel of the following related class action: *McGreevy et al v. AT&T Inc.*, Case No. 1:24-cv-04097 (N.D. Illinois). A schedule of actions listing this new case is attached as Exhibit A, and the complaint and docket sheet are attached as Exhibit B.

Dated: May 20, 2024

*/s/ David M. Berger*
David M. Berger
**GIBBS LAW GROUP LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
dmb@classlawgroup.com

*Counsel for Plaintiffs*
*Kelly McGreevy and Steve Senti*