BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T, Inc., hereby notifies the Clerk of the potential tag-along actions pending in federal district court and listed on the attached Schedule of Action:

*Orejudos, et al. v. AT&T Inc.,* No. 3:24-cv-01085 (N.D. Tex.)

*Ragland. v. AT&T Inc.,* No. 3:24-cv-01137 (N.D. Tex.)

*Head v. AT&T Inc.,* No. 3:24-cv-01144 (N.D. Tex.)

*Burris v. AT&T Inc.,* No. 3:24-cv-01208 (N.D. Tex.)

*Stephens, et al. v. AT&T, et al.,* No. 2:24-cv-0-373 (E.D. Tex.)

The docket sheets and complaints are attached as exhibits.

Date: May 22, 2024					Respectfully submitted,

					 /s/ Gilbert S. Keteltas
					Gilbert S. Keteltas
					BAKER HOSTETLER LLP
					1050 Connecticut Avenue, NW, Suite 1100
					Washington, D.C. 20036
					Tel.: (202) 861.1530
					Fax: (202) 861.1783
					Email: gketeltas@bakerlaw.com

					*Attorney for Defendant AT&T, Inc.*