# EXHIBIT E

JRG2

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:24-cv-00373-JRG-RSP

Stephens et al v. AT&T et al
Assigned to: District Judge Rodney Gilstrap
Referred to: Magistrate Judge Roy S. Payne
Cause: 28:1983 Civil Rights

Date Filed: 05/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Raelun Stephens, Sr.**                                represented by    **Raelun Stephens, Sr.**
755 Floyd Evans Rd
Marshall, TX 75672
PRO SE

**Plaintiff**

**KR&R Appliance**                                      represented by    **KR&R Appliance**
755 Floyd Evans Rd
Marshall, TX 75676
PRO SE

V.

**Defendant**

**AT&T**

**Defendant**

**Automation Personnel Services Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2024 | 1 | COMPLAINT against AT&T, Automation Personnel Services Inc., filed by Raelun Stephens, Sr, KR&R Appliance. (Attachments: # 1 Additional Attachment(s), # 2 Additional Attachment(s), # 3 Envelope)(NKL) (Entered: 05/20/2024) |
| 05/20/2024 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (NKL) (Entered: 05/20/2024) |

<table>
<tr><td align="center"><strong style="color:darkred">PACER Service Center</strong></td></tr>
<tr><td align="center"><strong>Transaction Receipt</strong></td></tr>
</table>

| 05/20/2024 17:56:10 | | | |
|---|---|---|---|
| **PACER Login:** | tpetre1982 | **Client Code:** | 009900.000074 |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-00373-JRG-RSP |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

RAELUN STEPHENS SR.

KR&R APPLIANCE

SERVICES

Case Number : _____

List the full name of each plaintiff in this action.

VS.

AT&T

AUTOMATION PERSONNEL

SERVICES INC,

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.  In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

(1)  Employ Counsel
(2)  Court - Appointed Counsel
3.  Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.  List the name(s) and address(es) of the attorney(s):

KEN PAXTON    4600 HWY 6 N, HOUSTON TX 77084

3435 Wilshire Blvd  Suit 1710    90010

SROURIAN  LAW FIRM

C. Results of the conference with counsel:

Documentation has been presented to Office of KEN PAXTON, SROURIAN LAWFIRM has received messages and calls,

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes \_\_✓\_\_No

B. If your answer to "A" is "yes", describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned. _____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III. Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1  RAELUN STEPHENS SR.

        755 FLOYD EVANS RD MARSHALL, TX

        75672

        Pla #2  KR&R APPLIANCE

        755 FLOYD EVANS RD MARSHALL, TX

        75676

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  AT&T

        P.O. BOX 10758

        SAN BERNARDINO, CA 92423-0758

        Dft #2:  AUTOMATION PERSONNEL SERVICES INC.

        3500 COLONNADE PARKWAY Suite 500

        BIRMINGHAM, AL 35243 (VP) David Soileau

        Dft #3

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Vice President of Administration David Soileau of Automation Personnel Services, Inc Informed Mr. RAELUN STEPHENS SR. Notice of DATA BREACH. Nov 17, 2020 APS discovered suspicious activity impacting the operability of certain systems, Feb 3, 2021 APS confirmed that some of Mr. RAELUN STEPHENS SR. information excuse me personal information, APS states that Social Security number and Financial account information.

April 25, 2024 AT&T determined on March 26, 2024 Customer information was included in a dataset released on the dark web on March 17, 2024 Mr. RAELUN STEPHENS SR. Personal information, Social Security number, date of birth, Phone number had been included in a Data Breach.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

For a Privacy Act against Mr. RAELUN STEPHENS SR. & KR&R APPLIANCE First Step for all the cyber attacks, and mental stress over the years is to place a Civil suit. First step to reach an agreement is a AO398 document.

Signed this ___16th___ day of ___MAY___, 20 ___24___.

(Month)                (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___MAY 16, 2024___

Date

Signature of each plaintiff



**AUTOMATION**
━━━ SINCE 1990 ━━━
PERSONNEL SERVICES INC.

March 17, 2021

Raelun Stephens
755 Floyd Evans Rd.
Marshall, TX 75672-5994                P12T752

᛫ᥝᥝ᛫ᥝᥝᥝ᛫ᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝᥝ

Re: Notice of Data Breach

Dear Raelun Stephens,

Automation Personnel Services, Inc. ("APS") writes to inform you of an incident that may affect the security of some of your personal information. This notice provides information about the incident, our response, and resources available to you to help protect your information from possible misuse, should you feel it necessary to do so.

**What Happened?** On November 17, 2020, APS discovered suspicious activity impacting the operability of certain systems. We quickly launched an investigation to determine the nature and scope of this incident, working with industry-leading computer forensics specialists to determine what happened and what information may have been affected. The investigation identified a limited number of files and folders as potentially accessed by the unknown actor. We completed a thorough and lengthy review to determine whether sensitive information was present in the impacted files and folders. On February 3, 2021, it was confirmed that some of your personal information was present in the files and folders that may have been accessed. We then worked to locate address information for those whose personal information was accessible within the files and just completed that effort.

**What Information Was Involved?** The investigation determined that the following types of your personal information were present in the potentially accessed files and folders at the time of the incident: Social Security number and financial account information.

**What We Are Doing.** We take this incident and the security of personal information in our care seriously. Upon learning of this incident, we moved quickly to investigate and respond to this incident, assess the security of relevant systems, and notify potentially affected individuals. Our response included resetting relevant account passwords, reviewing the contents of the potentially accessed files and folders to determine whether they contained protected information, and reviewing internal systems to identify contact information for purposes of providing notice to potentially affected individuals. As part of our ongoing commitment to the security of information we are also reviewing and enhancing existing policies and procedures to reduce the likelihood of a similar future event.

APS notified law enforcement of this incident and is notifying relevant state and federal regulators.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, explanation of benefits, and credit reports for suspicious activity. You may also review the information contained in the attached *Steps You Can Take to Help Protect Your Information.*

**For More Information.** We understand that you may have questions about this incident that are not addressed in this letter. If you have additional questions, please call our call center at 1-855-515-1650, Monday through Friday from 8:00 a.m. to 5:30 p.m. Central Time. You may also write to APS at: 3500 Colonnade Parkway, Suite 500, Birmingham, AL 35243.

We sincerely regret any inconvenience or concern this incident may have caused.

Sincerely,

David Soileau
Vice President of Administration
Automation Personnel Services, Inc.

**AT&T**

Raelun Stephens
755 Floyd Evans Rd.
Marshall, TX 75672-5994

# NOTICE OF DATA BREACH

April 25, 2024

Hello,

At AT&T, we take the security of your data very seriously. We're writing to inform you that AT&T has determined that some of your personal information was compromised. To help protect your identity, we're offering you one year of complimentary credit monitoring, identity theft detection and resolution services provided by Experian's® IdentityWorks℠. **While this service is free, you must follow the enclosed instructions to enroll if you haven't already taken action based on our previous communication.**

**What happened?** On March 26, 2024, we determined that AT&T customer information was included in a dataset released on the dark web on March 17, 2024.

**What information was involved?** The information varied by individual and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number and AT&T passcode. To the best of our knowledge, personal financial information and call history were not included. Based on our investigation to date, the data appears to be from June 2019 or earlier.

**What is AT&T doing to help?** We're offering you the complimentary credit monitoring, identity theft detection and resolution services described above. We've also launched a robust investigation supported by internal and external cybersecurity experts, and we are regularly reviewing and updating the measures we take to protect your information.

**What can you do?**

- **Stay vigilant.** We recommend that you review the enclosed Information About Identity Theft Protection and encourage you to remain vigilant by monitoring your personal accounts and credit reports for any suspicious activity.
- **Watch out for suspicious calls or emails.** We also recommend that you remain alert for unsolicited communications seeking your personal information. You should be cautious about entering your username and password on links provided through emails, even if it looks like the company's website. The safest route is to go directly to the company's website to log in.

We apologize this has happened.

Please do not hesitate to call us at 866.346.0416 Monday through Friday, 8 a.m. to 9 p.m. CST, or visit att.com/accountsafety if you have questions regarding this matter.

Sincerely,

AT&T

## Experian's® IdentityWorks℠

AT&T is providing you with an IdentityWorks℠ membership at no charge. After you complete registration, you'll have increased visibility into any possible fraudulent activity. You will also have an insurance policy of up to $1 million in coverage should you experience identity theft and an Identity Restoration team to guide you through the recovery process.

To activate your membership and start monitoring your personal information, please follow the steps below:

- **Enroll by August 30, 2024** (Your code will not work after this date.)
- **Go to** ExperianIDWorks.com/pluscreditlock and select 'Get Started'
- **Enter** your activation code: **TVWR24NV4B**

If you have questions about the product, need assistance with identity restoration, or would like an alternative to enrolling in Experian's® IdentityWorks℠ online, please contact Experian's customer care team at 833.931.4853 by **August 30, 2024**. Be prepared to provide engagement number **(B119859)** as proof of eligibility for the identity restoration services provided by Experian.

## IdentityWorks℠ Includes:

- **Experian Credit Report at Signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Internet Surveillance:** Technology searches the web, chat rooms, and bulletin boards 24/7 to identify trading or selling of your personal information on the dark web.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Credit Lock / Unlock:** This key feature provides you the ability to lock / unlock your Experian credit file.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian® IdentityWorks℠ membership has expired.
- **Up to $1 Million Identity Theft Insurance:** Provides coverage for certain costs and unauthorized electronic fund transfers.

Please note that Identity Restoration support is available to you for one year from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at ExperianIDWorks.com/restoration. You will also find self-help tips and information about identity protection at this site.

© 2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo, all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

RAELUN STEPHENS SR.

755 FLOYD EVANS RD.

MARSHALL, TX 75672-5994

100 E HOUSTON ST,

MARSHALL, TX 75670



