BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |

## AMENDED PROOF OF SERVICE

I, David Berger, hereby certify that on May 22, 2024, in accordance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, a true and correct copy of the foregoing *Notice of Appearance* was filed and served electronically through the CM/ECF system on all parties of record. The *Notice of Appearance* was additionally served by email on:

Gilbert S. Keteltas
**BAKER HOSTETLER, LLP**
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
gketeltas@bakerlaw.com

*Counsel for Defendant AT&T, Inc.*

And served via U.S. Mail on Defendant DirecTV:

**DirecTV**
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

Dated: May 22, 2024

Respectfully submitted,

 */s/ David M. Berger*
David M. Berger
**GIBBS LAW GROUP LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
dmb@classlawgroup.com

*Counsel for Plaintiffs*
*Kelly McGreevy and Steve Senti*