**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3114 |
|---|---|

**NOTICE OF RELATED ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs William Berendt, Xavier King, Hugo Orellana, Kimberly Townsend, and Therese Kyker hereby give notice that the action entitled *Berendt, et al. v. AT&T, Inc.*, Case No. 1:24-cv-04310 (N.D. Ill., filed May 24, 2024), is related to MDL No. 3114. A schedule of action, copy of the complaint, and docket sheet are attached as Exhibit A.

Dated May 28, 2024

Respectfully submitted,

By: */s/ Megan E. Shannon*
Megan E. Shannon
megan@feganscott.com
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

*Attorney for Plaintiffs*