**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL Docket No. 3114** |

**NOTICE OF ERRATA**

Defendant AT&T Inc. amends the Notice of Potential Tag-Along Actions filed on November 5, 2025 [ECF No. 414].

Date: November 6, 2025

Respectfully submitted,

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T Inc.*