**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL Docket No. 3114** |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T Inc. notifies the Clerk of the below potential tag-along actions pending in federal district court.

- *Wayne v. AT&T, Inc., et al.,* No. 2:25-cv-01882 (N.D. AL)

Date: November 6, 2025

Respectfully submitted,

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T, Inc.*