**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3114 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Errata were served by email and first class mail on November 6, 2025, on the following counsel:

| | |
|---|---|
| Nathaniel Wayne<br>7791 Indian Gap Trail<br>McCalla, AL 35111<br>T: 205-807-7275<br>E: Nathan.gay53@gmail.com | *Plaintiff Nathaniel Wayne*<br>*Served via email* |
| XYZ Insurance Company<br>4321 E. Somestreet Street<br>New York, NY 10030 | *Defendant XYZ Insurance Company*<br>*Served via first class mail* |
| Kroll Associates, Inc.<br>555 12th Street, NW<br>Suite 600<br>Washington, DC 20004 | *Defendant Kroll Associates, Inc.*<br>*Served via first class mail* |

Dated this 6th day of November, 2025.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T Inc.*